**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Western District of Oklahoma

Case number (if known): _____   Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | Mirage International, Inc. |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**

7 3 – 1 5 7 3 3 7 7

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 901 NW 80th | 1832 NW56th Street |
| Number       Street | Number       Street |
| | P.O. Box |
| Oklahoma City, OK 73114 | Oklahoma City, OK 73118 |
| City              State    ZIP Code | City              State    ZIP Code |
| Oklahoma | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number       Street |
| | |
| | City              State    ZIP Code |

**5. Debtor's website (URL)**

https://www.mirageinternationalinc.com/

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Mirage International, Inc.                                    Case number (if known) _____
         Name

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

  2   3   8   9

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

Check one:

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. Check all that apply:

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                            MM / DD / YYYY

         District _____ When _____ Case number _____
                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

         District _____ When _____
                                        MM / DD / YYYY

         Case number, if known _____

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page **2**

Debtor    Mirage International, Inc.                                    Case number (if known) _____
                Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* |
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |
| | ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard? _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other _____ |
| | **Where is the property?** _____ |
| | Number    Street |
| | _____ |
| | City                    State    ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes.    Insurance agency _____ |
| | Contact name _____ |
| | Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* |
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

| | | | | | |
|---|---|---|---|---|---|
| ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
| ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor ___Mirage International, Inc._____ Case number *(if known)* _____
          Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ▪ I have been authorized to file this petition on behalf of the debtor.

- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/06/2023__
                MM/  DD/  YYYY

X __/s/ Charles Michael Laws_____          _____Charles Michael Laws_____
Signature of authorized representative of debtor       Printed name

Title _____President_____

**18. Signature of attorney**

X _____/s/ Gary D Hammond_____  Date __03/06/2023__
Signature of attorney for debtor                          MM/  DD/  YYYY

__Gary D Hammond_____
Printed name

__Hammond Law Firm_____
Firm name

__512 N.W. 12th Street_____
Number        Street

__Oklahoma City_____  __OK___  __73103___
City                                      State    ZIP Code

__(405) 216-0007_____  __gary@okatty.com_____
Contact phone                             Email address

__13825_____  __OK___
Bar number                                State

---

Official Form 201 | **Voluntary Petition for Non-Individuals Filing for Bankruptcy** | page 4

---

Fill in this information to identify the case:

Debtor name          Mirage International, Inc.

United States Bankruptcy Court for the:

         Western District of Oklahoma

Case number (if known): _____

☐ Check if this is an amended filing

---

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1.** **Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2.** **Cash on hand**                                               _____

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 **BancFirst Payroll Checking Account** | **Checking account** | **3539** | **$4,000.00** |
| 3.2 **BancFirst Operating Checking Account** | **Checking account** | **1183** | **$200.00** |

**4.** **Other cash equivalents** *(Identify all)*

    **None**

**5.** **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$4,200.00** |

| Part 2: | Deposits and prepayments |
|---|---|

**6.** **Does the debtor have any deposits or prepayments?**
☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

---

Debtor    **Mirage International, Inc.**                                          Case number *(if known)* _____

Name

     **None**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    **None**

9. **Total of Part 2**

    Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                     **$0.00**

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                                     **Current value of debtor's interest**

11. **Accounts Receivable**

    11a. 90 days old or less:    **$40,025.00** − **$0.00**    = ...... → **$40,025.00**

                   face amount       doubtful or uncollectible accounts

    11b. Over 90 days old:    _____ − _____    = ...... → _____

                   face amount       doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                     **$40,025.00**

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                           **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of fund or stock:       % of ownership:

    **None**

Debtor    **Mirage International, Inc.**                                    Case number *(if known)* _____
Name

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**None**

**17.** **Total of Part 4**                                                                              $0.00

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.

---

**Part 5:** Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.** **Raw materials**

**None**

**20.** **Work in progress**

**None**

**21.** **Finished goods, including goods held for resale**

**None**

**22.** **Other inventory or supplies**

**None**

**23.** **Total of Part 5**                                                                              $0.00

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

Debtor     __**Mirage International, Inc.**__                                    Case number *(if known)* _____
            Name

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops — either planted or harvested**

  **None**

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

  **None**

**30. Farm machinery and equipment** (Other than titled motor vehicles)

  **None**

**31. Farm and fishing supplies, chemicals, and feed**

  **None**

**32. Other farming and fishing-related property not already listed in Part 6**

  **None**

**33. Total of Part 6**
  Add lines 28 through 32. Copy the total to line 85.                                                    $0.00

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

<div style="background:black;color:white">**Part 7:**</div> Office furniture, fixtures, and equipment; and collectibles

Debtor    **Mirage International, Inc.**
　　　　　Name 　　　　　　　　　　　　　　　　　　　　　　　Case number *(if known)*

---

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

　　　**None**

**40. Office fixtures**

　　　**None**

**41. Office equipment, including all computer equipment and communication systems equipment and software**

| 41.1 **See attachment.** | $47,966.50 | | $47,966.50 |
|---|---|---|---|

**42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

　　　**None**

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.　　　　　　　$47,966.50

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 8:** Machinery, equipment, and vehicles

---

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

　　　**None**

---

Debtor    **Mirage International, Inc.**                                    Case number *(if known)* _____
          Name

**48.** **Watercraft, trailers, motors, and related accessories** *Examples*:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

   **None**

**49.** **Aircraft and accessories**

   **None**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery
and equipment)**

   **None**

**51.** **Total of Part 8**

   Add lines 47 through 50. Copy the total to line 87.                                    **$0.00**

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☑ No
   ☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

| Part 9: | Real Property |
|---------|---------------|

**54.** **Does the debtor own or lease any real property?**
   ☑ No. Go to Part 10.
   ☐ Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

   **None**

**56.** **Total of Part 9**

   Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.                    **$0.00**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

Debtor    **Mirage International, Inc.**
Name                                                                    Case number *(if known)*

---

| Part 10: | Intangibles and Intellectual Property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

None

61. **Internet domain names and websites**

61.1  https://www.mirageinternationalinc.com (Maintained by Thrive)    (Unknown)    (Unknown)

62. **Licenses, franchises, and royalties**

None

63. **Customer lists, mailing lists, or other compilations**

None

64. **Other intangibles, or intellectual property**

None

65. **Goodwill**

None

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.                                         $0.00

67. **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

Debtor    __**Mirage International, Inc.**_____    Case number *(if known)* _____
　　　　　Name

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

**None**

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**None**

73. **Interests in insurance policies or annuities**

**None**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

76. **Trusts, equitable or future interests in property**

**None**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.

_____ **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Mirage International, Inc.**                                    Case number *(if known)* _____
Name

## Part 12: Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $4,200.00 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $40,025.00 | |
| **83. Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84. Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86. Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $47,966.50 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88. Real property.** *Copy line 56, Part 9.*............................................................. | → | $0.00 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90. All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91. Total.** Add lines 80 through 90 for each column...... 91a. | $92,191.50 | + 91b. $0.00 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................................. | | $92,191.50 |

## ATTACHMENT TO SCHEDULE B

| Mirage Int-Equipment List12/15/2021 Page1 | Number of items | Value/unit | Total Value |
|---|---|---|---|
| Step Ladders 6' Fiberglass | 5 | 59.00 | 295.00 |
| 8' Fiberglass | 2 | 85.00 | 170.00 |
| 12' Fiberglass | 3 | 210.00 | 630.00 |
| Extension Ladders  8' Fiberglass | 1 | 140.00 | 140.00 |
| 24' Fiberglass | 1 | 220.00 | 220.00 |
| Small Step Ladders Metal 2' | 2 | 50.00 | 100.00 |
| Fire Extinguishers   10 LB ABC | 5 | 120.00 | 600.00 |
| 8 LB ABC | 2 | 75.00 | 150.00 |
| Orange Road Cones | 4 | 16.00 | 64.00 |
| Patton Stand Up Heater | 1 | 50.00 | 50.00 |
| Wire Light Covers for Large Work Lights | 1 | 45.00 | 45.00 |
| Rubber Boots | 7 | 14.00 | 98.00 |
| Garden Hoses | 3 | 16.00 | 48.00 |
| Large Plastic Shovels (scoop Type) | 5 | 18.00 | 90.00 |
| Tufmax Roofer Shovels | 3 | 35.00 | 105.00 |
| Spud Bars Floor Scrappers Metal | 12 | 40.00 | 480.00 |
| Knack Tool Box, Brown | 1 | 170.00 | 170.00 |
| Wood Dolly, 2' Square with Wheels | 1 | 65.00 | 65.00 |
| Large Blue Tool Box | 1 | 180.00 | 180.00 |
| Circular Saw Portable | 1 | 159.00 | 159.00 |
| Black 55 gal Drums with lids | 10 | 65.00 | 650.00 |
| Reliance Water Heater (Master BLP model 5 20 10MS960 K | 1 | 245.00 | 245.00 |
| Propane Space Heat (Master BLP 375SAT) | | | |
| Plastic Blue 55 gal Drum | 1 | 90.00 | 90.00 |
| Stainless Steel Work Sink 4', 2 basin | 1 | 350.00 | 350.00 |
| GFCI Circuits on Portable Dolly | 1 | 800.00 | 800.00 |
| Circular Floor Electric Fan, | 1 | 79.00 | 79.00 |
| Electrical Large Fan  44" Diameter | 1 | 250.00 | 250.00 |
| Jackson Wheel Barrels, Blue 8 Cu Ft | 2 | 125.00 | 250.00 |
| Electrical Work Lights w/75'cord | 10 | 40.00 | 400.00 |
| Extension Cords Various Lengths | 24 | 56.00 | 1344.00 |
| ACSI Phantom 2000 Negative Air Machine | 3 | 300.00 | 900.00 |
| Abatement Tech Negative Air Machine | 1 | 300.00 | 300.00 |
| Force Air 2000 Negative Air Machine | 1 | 300.00 | 300.00 |
| H2000HP Negative Air Machine | 1 | 300.00 | 300.00 |
| FA 2000 Negative Air Machine | 1 | 300.00 | 300.00 |
| GE Water Heater, Gel2OP06SAG | 2 | 150.00 | 300.00 |
| Kobalt model KBLT1500WHL Worklite | 2 | 56.00 | 112.00 |
| Green Commelect Work Lights | 4 | 70.00 | 280.00 |
| Yellow WL250DPTC-H work Lights | 2 | 30.00 | 60.00 |
| Hand Truck, 2 wheel combo | 1 | 75.00 | 75.00 |
| Plastic 55 gal drums (gray & blue) | 4 | 60.00 | 240.00 |
| HEPA Vacuum | 4 | 280.00 | 1120.00 |
| Page 1 of 3          Total | | | $12,324.00 |

| Mirage Int-Equipment List  12/15/2021 Page 2 | Number of items | Value/unit | Total Value |
|---|---|---|---|
| Red Minuteman HEPA Vac Model 829123 | 2 | 280.00 | 560.00 |
| Scaffolding Decking 8' Length | 6 | 125.00 | 750.00 |
| Scaffolding Frame section 8' in Length | 7 | 190.00 | 1333.50 |
| Scaffolding Safety Rails, 5.5 length | 11 | 19.00 | 209.00 |
| Scaffolding Scissor Supports 8' in length | 6 | 88.00 | 528.00 |
| Scaffolding Corner Support poles 7' length | 12 | 23.00 | 276.00 |
| Red Fiberglass Extension Work Poles Max 15' | 2 | 52.00 | 104.00 |
| Aluminum Extension Ladder  32' length | 1 | 280.00 | 280.00 |
| Miko HEPA small Back Pack | 1 | 400.00 | 400.00 |
| Hild Electric Floor Buffer | 1 | 900.00 | 900.00 |
| Paint Hoses | 4 | 50.00 | 200.00 |
| Master Craft Electric Floor Buffer Mod-17C | 1 | 600.00 | 600.00 |
| Graco Magnum Blue Paint Sprayer Mod-Pro LTS | 1 | 400.00 | 400.00 |
| Titan Red XT  290 Paint Sprayer Mod-0516110 | 1 | 300.00 | 300.00 |
| GFIC Cord, Junction Box, Splitters w/tails | 14 | 40.00 | 560.00 |
| 3M 6100  small | 20 | 24.00 | 480.00 |
| Full Face 3M 6900 | 6 | 98.00 | 588.00 |
| Master Plumber Water Pump | 1 | 70.00 | 70.00 |
| Orbital Super Sawzall w/case | 3 | 140.00 | 420.00 |
| Fire Extinguishers ABC  14 LB | 3 | 120.00 | 360.00 |
| Air Testing Pumps w/Tubing | 5 | 150.00 | 750.00 |
| Manometer w/case (neg pressure indictor) | 1 | 1000.00 | 1000.00 |
| 3M half face respirators w/cartridges | 6 | 25.00 | 150.00 |
| Magnum Spray Guns | 2 | 65.00 | 135.00 |
| John Deere Pressure Washer  3800 psi | 1 | 750.00 | 750.00 |
| Wood Dolly w/wheels  3' x 4' | 1 | 90.00 | 90.00 |
| Fire Extinguishers  ABC  37 LB | 1 | 150.00 | 150.00 |
| 5 LB | 1 | 60.00 | 60.00 |
| 8 LB | 1 | 89.00 | 89.00 |
| 9 LB | 1 | 120.00 | 120.00 |
| 10 LB | 1 | 125.00 | 125.00 |
| Stainless Steel Utility Sink  (2 basin)  8' | 1 | 400.00 | 400.00 |
| GE Electric Hot Water Tank 40 gal | 1 | 170.00 | 170.00 |
| Whirlpool Tank 20 gal | 1 | 140.00 | 140.00 |
| Bench Grinder, dual | 1 | 130.00 | 130.00 |
| Porta Blast HEPA Vac Yellow w/wheels | 1 | 350.00 | 350.00 |
| Spring Water Purifer | 1 | 150.00 | 150.00 |
| Graco 395 Paint Sprayer 2800 psi | 1 | 350.00 | 350.00 |
| Graco Magnum DX Airless Sprayer 2800 psi | 2 | 370.00 | 740.00 |
| Black HEPA Vac w/Strap | 1 | 600.00 | 600.00 |
| Dry Eaz Drizair Dehumidifiers Model 1200 | 4 | 400.00 | 1600.00 |
| Various Tools (Hammers, drills, Cutting wheels,etc | | 2400.00 | 2400.00 |
| Lumber & PVC Pipe for Containments | | 650.00 | 650.00 |
| Page 2 of 3            Total | | | $20,417.50 |

| Mirage Int-Equipment List 122/15/21 Page 3 | Number of items | Value/unit | Total Value |
|---|---|---|---|
| Forklift/Propane | 1 | 6000.00 | 6000.00 |
| 1996 GMC  SUV w/tow package | 1 | 1200.00 | 1200.00 |
| Wooden Desks | 2 | 1600.00 | 1600.00 |
| Steel Desks | 2 | 400.00 | 400.00 |
| Desk Side Chairs | 6 | 300.00 | 300.00 |
| Desk Chairs | 4 | 600.00 | 600.00 |
| Cabinets | 3 | 200.00 | 200.00 |
| Refrigerator | 1 | 375.00 | 375.00 |
| White Enclosed Trailers | 2 | 2000.00 | 4000.00 |
| Copier, Fax, Printer | 1 | 350.00 | 350.00 |
| Office Supplies | | 200.00 | 200.00 |
| | | | |
| Page 3 of 3  Total for this page | | | $15,225.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| GRAND TOTAL FOR ALL THREE (3) PAGES | | $  47,966.50 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

<table>
<tr><td colspan="3"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name      Mirage International, Inc.

United States Bankruptcy Court for the: _____ Western _____   District of _____ Oklahoma _____
                                                                                    (State)

Case number (if known): _____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1** Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account ___ ___ ___ ___
number

Do multiple creditors have an interest in
the same property?

☐ No

☐ Yes. Specify each creditor, including this
   creditor, and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien

Is the creditor an insider or related party?

☐ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        _____

Fill in this information to identify the case:

Debtor name _____ Mirage International, Inc. _____

United States Bankruptcy Court for the:
_____ Western District of Oklahoma _____

Case number (if known): _____

☐ Check if this is an
  amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
941 Taxes

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$400,000.00**     Priority amount: **$400,000.00**

**2.2** Priority creditor's name and mailing address
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
940 Taxes

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$5,000.00**     Priority amount: **$5,000.00**

Debtor  **Mirage International, Inc.**
　　　　Name

Case number *(if known)* _____

---

**2.3**

| | |
|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| **Internal Revenue Service** | *Check all that apply.* |
| **Centralized Insolvency Operation** | ☐ Contingent |
| **PO Box 7346** | ☐ Unliquidated |
| **Philadelphia, PA 19101-7346** | ☐ Disputed |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$350,000.00          $350,000.00

Date or dates debt was incurred

Basis for the Claim:
　**1040 Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(8)**

---

**2.4**

Priority creditor's name and mailing address
**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,000.00          $8,000.00

Date or dates debt was incurred

Basis for the Claim:
　**1120S Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(8)**

---

**2.5**

Priority creditor's name and mailing address
**Oklahoma Tax Commission**
**General Counsel's Office**
**2501 N. Lincoln Blvd.**
**Oklahoma City, OK 73105-4301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$120,000.00          $120,000.00

Date or dates debt was incurred

Basis for the Claim:
　**Employment taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(8)**

---

Debtor    **Mirage International, Inc.**
_____    Case number *(if known)* _____
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1**    Nonpriority creditor's name and mailing address
**McAfee & Taft**

**Two Leadership Square**

**211 N. Robinson Ave 8th Fl.**

**Oklahoma City, OK 73102**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorney fees**

Is the claim subject to offset?
☑ No
☐ Yes

$35,000.00

---

**3.2**    Nonpriority creditor's name and mailing address
**Oklahoma Dept. of Labor**

**409 NE 28th St. 3rd Fl.**

**Oklahoma City, OK 73106**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other unsecured debt**

Is the claim subject to offset?
☑ No
☐ Yes

$6,000.00

---

**3.3**    Nonpriority creditor's name and mailing address



Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.4**    Nonpriority creditor's name and mailing address



Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    **Mirage International, Inc.**

Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a. | **$883,000.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$41,000.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$924,000.00** |

## ATTACHMENT TO SHEDULE E

In addition to the priority amounts, some of the amounts owed to the Internal Revenue Service and Oklahoma Tax Commission may be secured or general unsecured.

Fill in this information to identify the case:

Debtor name _____ Mirage International, Inc. _____

United States Bankruptcy Court for the:
_____ Western District of Oklahoma _____

Case number (if known): _____    Chapter ___11___

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1.** Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Commercial Property Lease<br>Contract to be ASSUMED | Stelley, Don<br>4712 Val Verde Drive<br>Oklahoma City, OK 73142 |
| State the term remaining | 12 months | |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

Case: 23-10499    Doc: 1    Filed: 03/06/23    Page: 25 of 92

**Fill in this information to identify the case:**

Debtor name    __Mirage International, Inc.__

United States Bankruptcy Court for the:    __Western__    District of    __Oklahoma__
                                                        (State)

Case number (If known):    _____

☐ Check if this is an
    amended filing

## Official Form 206H

## Schedule H: Codebtors
<div align="right">12/15</div>

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

---

**1.**    **Does the debtor have any codebtors?**

      ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

      ☑ Yes

**2.**    **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Laws, Charles Michael | 1832 NW 56th Street<br>Street<br><br>Oklahoma City, OK 73118<br>City    State    ZIP Code | Oklahoma Tax Commission | ☐ D<br>☑ E/F<br>☐ G |
| | | | Internal Revenue Service | ☐ D<br>☑ E/F<br>☐ G |
| | | | Internal Revenue Service | ☐ D<br>☑ E/F<br>☐ G |
| | | | Internal Revenue Service | ☐ D<br>☑ E/F<br>☐ G |
| | | | Internal Revenue Service | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | _____ | Street<br><br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street<br><br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

---

Debtor    **Mirage International, Inc.**
Name

Case number (if known) _____

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.4 | _____ | Street _____ <br> _____ <br> City      State      ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.5 | _____ | Street _____ <br> _____ <br> City      State      ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.6 | _____ | Street _____ <br> _____ <br> City      State      ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

**Fill in this information to identify the case:**

Debtor name          Mirage International, Inc.

United States Bankruptcy Court for the:
                     Western District of Oklahoma

Case number (if known): _____    Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    **12/15**

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*...........................................................................................

    | $0.00 |
    |---|

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................

    | $92,191.50 |
    |---|

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................

    | $92,191.50 |
    |---|

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

    | $0.00 |
    |---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................

    | $883,000.00 |
    |---|

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................

    | + $41,000.00 |
    |---|

4. **Total liabilities**.........................................................................................................
    Lines 2 + 3a + 3b

    | $924,000.00 |
    |---|

| Fill in this information to identify the case: |
| --- |

Debtor name _____ Mirage International, Inc. _____

United States Bankruptcy Court for the:
_____ Western District of Oklahoma _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | _____ See attachment.<br>$0.00 |
| **For prior year:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | _____ See attachment.<br>$0.00 |
| **For the year before that:** | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | _____ See attachment.<br>$0.00 |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

| Debtor | Mirage International, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ | _____ | _____<br><br>_____<br><br>_____ |
| **Relationship to debtor**<br><br>_____ | | | |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor     Mirage International, Inc.
           _____                          Case number *(if known)* _____
           Name

**5.1.**    _____        _____        _____    _____

           Creditor's name

           _____

           Street

           _____

           _____
           City                State    ZIP Code

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **6.1.** _____ <br><br> Creditor's name <br><br> _____ <br><br> Street <br><br> _____ <br><br> _____ <br> City          State    ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:**    Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | State of Oklahoma Ex Rel <br> Oklahoma Tax Commission vs. <br> Mirage International, Inc. | Injunctive relief and <br> indebtedness | Oklahoma County District Court <br> Name <br><br> 320 Robert S Kerr Ave <br> Street <br><br> Oklahoma City, OK 73102-3457 <br> City          State    ZIP Code | ☑ Pending <br><br> ☐ On appeal <br><br> ☐ Concluded |

**Case number**

CJ-2022-5698

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor  Mirage International, Inc.                                    Case number *(if known)* _____
        Name

**8.1.** | Custodian's name and address | Description of the property | Value |

Custodian's name

Street

City                    State      ZIP Code

| Case title |

| Case number |

| Date of order or assignment |

| Court name and address |

Name

Street

City                              State      ZIP Code

---

## Part 4: Certain Gifts and Charitable Contributions

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

**9.1.** | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |

Recipient's name

Street

City                    State      ZIP Code

| Recipient's relationship to debtor |

---

## Part 5: Certain Losses

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
| --- | --- | --- | --- |
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

**10.1.**

---

## Part 6: Certain Payments or Transfers

**11.** **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor    Mirage International, Inc.                                    Case number *(if known)* _____
                Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Hammond Law Firm | Attorney fees | 3/6/2023 | $2,080.00 |
| | **Address** | | | |
| | 512 N.W. 12th Street<br>Street | | | |
| | Oklahoma City, OK 73103<br>City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | gary@okatty.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Blackwood Law Firm | Attorney fees | 03/06/2023 | $3,307.00 |
| | **Address** | | | |
| | 512 NW 12th Street<br>Street | | | |
| | Oklahoma City, OK 73103<br>City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

| 11.3. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | U.S. Bankruptcy Court W.D. Okla. | Chapter 11 filing fee | 03/06/2023 | $1,738.00 |
| | **Address** | | | |
| | 215 Dean A. McGee Avenue<br>Street | | | |
| | Oklahoma City, OK 73102<br>City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor    Mirage International, Inc.                                    Case number *(if known)* _____
       Name

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Address | | | |
| | Street | | | |
| | City        State    ZIP Code | | | |
| | Relationship to debtor | | | |
| | | | | |

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____<br>Street | From _____ To _____ |
| _____ | |
| City        State    ZIP Code | |

Debtor  Mirage International, Inc.                                    Case number *(if known)* _____
                Name

| Part 8: | Health Care Bankruptcies |
|---------|--------------------------|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|-----------------------------------------------------------------------------------|---------------------------------------------------------------------------|
| 15.1. _____<br><br>Facility name | _____ | _____ |
| _____<br>Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____<br>City          State     ZIP Code | _____<br><br>_____ | *Check all that apply:*<br>☐ Electronically<br><br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---------|-------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|--------------|--------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|----------|-------------------------------------------------------------------|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|---------------------------------|-----------------|-------------------------------------------------------|-----------------------------------------|

Debtor    Mirage International, Inc.
Name                                                                        Case number *(if known)* _____

| 18.1 | | XXXX– __ __ __ __ | ☐ Checking | | |
| | Name | | ☐ Savings | |
| | | | ☐ Money market | |
| | Street | | ☐ Brokerage | |
| | | | ☐ Other | |
| | City        State    ZIP Code | | _____ | |

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City        State    ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City        State    ZIP Code | | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Laws, Charles Michael | | Debtor uses two (2) vehicles | |
| Name | | owned by Charles, Michael Laws. | |
| 1832 NW 56th Street | | (2014 F-150 and 1998 GMC | |
| Street | | Suburban) | |
| Oklahoma City        OK      73118 | | | |
| City        State    ZIP Code | | | |

Debtor    Mirage International, Inc.
Name                                                                    Case number *(if known)* _____

| Part 12: | Details About Environmental Information |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | City          State     ZIP Code | _____ | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City     State   ZIP Code | City          State     ZIP Code | _____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City     State   ZIP Code | City          State     ZIP Code | _____ | |

Debtor    Mirage International, Inc.                        Case number *(if known)* _____
         Name

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.<br>_____<br>Name<br><br>_____<br>Street<br><br>_____<br>City    State    ZIP Code | _____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____ To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Steve Landreth<br>Name<br><br>209 SW 89th Street Ste. J<br>Street<br><br>Oklahoma City, OK 73139<br>City    State    ZIP Code | From 2020    To Present |
| 26a.2. Toni Laws<br>Name<br><br>1832 NW 56th Street<br>Street<br><br>Oklahoma City, OK 73118<br>City    State    ZIP Code | From 1999    To Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.<br>_____<br>Name<br><br>_____<br>Street<br><br>_____<br>City    State    ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor    Mirage International, Inc.                                    Case number *(if known)* _____
          Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Steve Landreth _____ <br> Name <br> _____ <br> _____ <br> Street <br> _____ <br> _____ <br> City          State          ZIP Code | _____ <br> _____ <br> _____ |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| | Name and address |
|---|---|
| 26d.1. | _____ <br> Name <br> _____ <br> Street <br> _____ <br> _____ <br> City          State          ZIP Code |

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | _____ <br> Name <br> _____ <br> Street <br> _____ <br> _____ <br> City          State          ZIP Code |

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Charles Michael Laws | 1832 NW 56th Steet Oklahoma City, OK 73118 | President, | 100.00% |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | |

Debtor    Mirage International, Inc.                                                                    Case number *(if known)* _____
              Name

|                              |                              |                      | From _____ |
|                              |                              |                      | To   _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City             State       ZIP Code | _____ | _____ | _____ |
| **Relationship to debtor** | | | |
| _____ | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____03/06/2023_____
                  MM/  DD/  YYYY

**X** /s/ Charles Michael Laws _____          Printed name _____Charles Michael Laws_____
       Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____President_____

Debtor    Mirage International, Inc.                                                                      Case number *(if known)* _____
          Name

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

## <u>ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS</u>

**PART 1, Question 1:**

| Gross Revenue From Business | | |
|---|---|---|
| 2023 | $77,000 Gross | (Unknown net) |
| 2022 | $323,000 Gross | ($36,000 Net) |
| 2021 | $486,256 Gross | ($117,000 Net) |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Oklahoma

**In re**    Mirage International, Inc.

Case No. _____

**Debtor**                                          Chapter _____11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ...................................................................................    $400 per hour attorney compensation
$80  per hour paraprofessional compensation

Prior to the filing of this statement I have received ...................................................................    $8,000.00 (Retainer)

Balance Due ...................................................................................................................................    $0.00

2.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

In addition to the above-listed attorney's fees, Debtor paid the $1,738 filing fee to the Bankruptcy Court Clerk for the W.D. Oklahoma.

**See Attachment**

B2030 (Form 2030) (12/15)

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| <u>     03/06/2023     </u> | <u>   /s/ Gary D Hammond   </u> |
| *Date* | Gary D Hammond |
| | *Signature of Attorney* |

<div align="right">

Bar Number: 13825
Hammond Law Firm
512 N.W. 12th Street
Oklahoma City, OK 73103
Phone: (405) 216-0007

</div>

<u>                   Hammond Law Firm               </u>
*Name of law firm*

---

Date:  <u>   03/06/2023   </u>        <u>     /s/ Charles Michael Laws     </u>
                                                  **Charles Michael Laws**

**ATTACHMENT TO DISCLOSURE OF**
**<u>COMPENSATION OF ATTORNEY FOR DEBTOR</u>**

      On March 3, 2023, Debtor paid a retainer in the amount of $8,000 to Hammond Law Firm, which was placed in Hammond Law Firm's trust account. Hammond Law Firm was paid $2,080 from trust for work done prior to the filing of Debtor's *Voluntary Petition.* In addition Blackwood Law Firm was paid $3,307 from trust for work done prior to filing Debtor's *Voluntary Petition*, leaving a balance of $2,613 in Hammond Law Firm's trust account.

| Fill in this information to identify the case: |
| --- |
| Debtor name      Mirage International, Inc. |
| United States Bankruptcy Court for the:      Western District of Oklahoma |
| Case number (if known): _____ |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | 941 Taxes | | | | $400,000.00 |
| 2 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | 1040 Taxes | | | | $350,000.00 |
| 3 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | 1120S Taxes | | | | $8,000.00 |
| 4 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | 940 Taxes | | | | $5,000.00 |
| 5 | McAfee & Taft<br>Two Leadership Square<br>211 N. Robinson Ave 8th Fl.<br>Oklahoma City, OK 73102 | | Attorney fees | | | | $35,000.00 |
| 6 | Oklahoma Dept. of Labor<br>409 NE 28th St. 3rd Fl.<br>Oklahoma City, OK 73106 | | Other unsecured debt | | | | $6,000.00 |
| 7 | Oklahoma Tax Commission<br>General Counsel's Office<br>2501 N. Lincoln Blvd.<br>Oklahoma City, OK 73105-4301 | | Employment taxes | | | | $120,000.00 |
| 8 | | | | | | | |

Debtor   Mirage International, Inc.                                    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

IN RE: **Mirage International, Inc.**                                    CASE NO

                                                                        CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____ 03/06/2023 _____    Signature _____ /s/ Charles Michael Laws _____
                                                            Charles Michael Laws, President

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Charles Michael Laws
1832 NW 56th Street
Oklahoma City, OK 73118

McAfee & Taft
Two Leadership Square
211 N. Robinson Ave 8th Fl.
Oklahoma City, OK 73102

Oklahoma Dept. of Labor
409 NE 28th St. 3rd Fl.
Oklahoma City, OK 73106

Oklahoma Tax Commission
General Counsel's Office
2501 N. Lincoln Blvd.
Oklahoma City, OK 73105-4301

Don Stelley
4712 Val Verde Drive
Oklahoma City, OK 73142

# **DOCUMENTS PURSUANT TO 11 U.S.C. § 1116**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

IN RE:

MIRAGE INTERNATIONAL, INC.,          Case No. 23-
                                     (Chapter 11)

Debtor.

## AFFIDAVIT PURSUANT TO 11 U.S.C. § 1116

STATE OF OKLAHOMA   )
                     ) SS.
COUNTY OF OKLAHOMA )

     I, Charles Michael Laws, being of lawful age and first duly sworn, hereby depose and

state as follows:

1. I am the 100% owner of Mirage International, Inc.

2. Mirage International, Inc. filed Chapter 11, Subchapter V, Voluntary Bankruptcy Petition in the United States Bankruptcy Court on March 6, 2023.

3. Mirage International, Inc. does not have and is unable to produce a balance sheet, statement of operations, or cash flow statement because they have not been prepared.

4. Mirage International, Inc. has produced its most recently filed tax return and profit and loss statement.

5. I declare under penalty of perjury under the laws of the State of Oklahoma that the foregoing is true and correct.

FURTHER AFFIANT SAIETH NOT.

                                    Charles Michael Laws, Affiant

Subscribed and sworn to before me on the ___3___ day of March, 2023.

[SEAL]

                                   _____
                                         Notary Public

**12:31 PM**

**03/05/23**

**Accrual Basis**

# Mirage International Inc.
## Profit & Loss
### January through December 2022

|  | Jan - Dec 22 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Construction Income | 324,129.40 |
| Training | -216.00 |
| **Total Income** | 323,913.40 |
| **Gross Profit** | 323,913.40 |
| **Expense** | |
| Accounting | 24.80 |
| Air Monitoring | 17,557.44 |
| Attorney | 4,000.00 |
| Dumpster | 1,635.73 |
| Equipment | 1,046.73 |
| Fuel | 82.60 |
| Hotel Expenses for job | 2,655.99 |
| Insurance Expense | 14,305.16 |
| Job Expenses | 11,139.23 |
| licenses | 2,350.00 |
| Loan | 8,500.00 |
| Materials for jobs | 12,022.06 |
| Meals and Entertainment | 390.64 |
| Office Maintenance | 3,845.00 |
| Office Supplies | 1,159.82 |
| Payroll Expenses | 150,096.04 |
| Physicals | 1,634.51 |
| Rent Expense | 27,090.74 |
| Taxes | 20,344.31 |
| Telephone Expense | 4,101.78 |
| Utilities | 1,435.41 |
| Waste Disposal | 2,104.00 |
| web site | 122.50 |
| **Total Expense** | 287,644.49 |
| **Net Ordinary Income** | 36,268.91 |
| **Net Income** | 36,268.91 |

# FOR TAX YEAR 2020

MIRAGE INTERNATIONAL INC

Steve Landreth, CPA, PLLC

209 SW 89th Street Suite J

Oklahoma City, OK 73139

(405)631-1503

# Steve Landreth, CPA, PLLC

209 SW 89th Street Suite J
Oklahoma City, OK 73139
steve.landreth@landrethCPA.com
Phone: (405)631-1503  |  Fax: (405)631-1504

March 03, 2023

MIRAGE INTERNATIONAL INC
1832 NW 56TH ST
OKLAHOMA CITY, OK 73118

Subject: Preparation of 2020 Tax Returns

MIRAGE INTERNATIONAL INC:

Thank you for choosing Steve Landreth, CPA, PLLC to assist with the 2020 taxes for MIRAGE INTERNATIONAL INC. This letter confirms the terms of the engagement and outlines the nature and extent of the services we will provide.

We will prepare the 2020 federal and state income tax returns for MIRAGE INTERNATIONAL INC. We will depend on management to provide the information we need to prepare complete and accurate returns. We may ask management to clarify some items but will not audit or otherwise verify the data submitted.

We will perform accounting services only as needed to prepare the tax returns. Our work will not include procedures to find defalcations or other irregularities. Accordingly, our engagement should not be relied upon to disclose errors, fraud, or other illegal acts, though it may be necessary for management to clarify some of the information submitted. We will inform management of any material errors, fraud, or other illegal acts we discover.

The law imposes penalties when taxpayers underestimate their tax liability. Call us if there are any concerns about such penalties.

Should we encounter instances of unclear tax law, or of potential conflicts in the interpretation of the law, we will outline the reasonable courses of action and the risks and consequences of each. We will ultimately adopt, on the behalf of MIRAGE INTERNATIONAL INC, the alternative selected by management.

Our fee will be based on the time required at standard billing rates plus out-of-pocket expenses. Invoices are due and payable upon presentation. To the extent permitted by state law, an interest charge may be added to all accounts not paid within thirty (30) days.

We will return the original records to management at the end of this engagement. Store these records, along with all supporting documents, in a secure location. We retain copies of the records and our work papers from the engagement for up to seven years, after which these documents will be destroyed.

If management has not selected to e-file the returns with our office, management will be solely responsible to file the returns with the appropriate taxing authorities. The officer should review all tax-return documents carefully before signing them. Our engagement to prepare the 2020 tax returns will conclude with the delivery of the completed returns to management, or with e-filed returns, with the tax matters representative's signature and our subsequent submittal of the tax return.

To affirm that this letter correctly summarizes the arrangements for this work, sign the enclosed copy of this letter in the space indicated and return it to us in the envelope provided.

Thank you for the opportunity to be of service. For further assistance with your tax return needs, contact our office at (405)631-1503.

Sincerely,


Steve Landreth
Steve Landreth, CPA, PLLC


Accepted By:


_____
Officer


_____
Date

# Steve Landreth, CPA, PLLC

209 SW 89th Street Suite J
Oklahoma City, OK 73139
steve.landreth@landrethCPA.com
Phone: (405)631-1503 | Fax: (405)631-1504

March 03, 2023

MIRAGE INTERNATIONAL INC
1832 NW 56TH ST
OKLAHOMA CITY, OK 73118

MIRAGE INTERNATIONAL INC:

Enclosed is the 2020 Form 1120S, U.S. Income Tax Return for an S Corporation, prepared for MIRAGE INTERNATIONAL INC from the information provided. This return was e-filed with the IRS and was accepted on September 14, 2021.

The corporation's federal return reflects neither a refund nor a balance due.

Enclosed is the corporation's 2020 Oklahoma Income Tax return, prepared for MIRAGE INTERNATIONAL INC from the information provided. This return was e-filed with the Oklahoma taxing authority and was accepted on September 14, 2021.

The corporation's Oklahoma Income Tax return reflects neither a refund nor a balance due.

Enclosed is the 2020 Oklahoma Franchise Tax return, prepared for MIRAGE INTERNATIONAL INC from the information provided. Mail the signed and dated original on or before July 01, 2021, to the following address:

Oklahoma Tax Commission
Franchise Tax
PO Box 26920
Oklahoma City, OK 73126-0920

The corporation's Oklahoma Franchise Tax return reflects neither a refund nor a balance due.

Enclosed are letters and copies of the Schedule K-1, to be distributed to the shareholders.

Thank you for the opportunity to be of service. For further assistance with your tax return needs, contact our office at (405)631-1503.

Sincerely,

Steve Landreth
Steve Landreth, CPA, PLLC

Form **8879-S**

**IRS e-file Signature Authorization for Form 1120-S**

► ERO must obtain and retain completed Form 8879-S.
► Go to *www.irs.gov/Form8879S* for the latest information.

OMB No. 1545-0123

**2020**

Department of the Treasury
Internal Revenue Service

For calendar year 2020, or tax year beginning _____ , 2020, and ending _____ , 20 _____ .

| Name of corporation | Employer identification number |
|---|---|
| MIRAGE INTERNATIONAL INC | |

### Part I    Tax Return Information (Whole dollars only)

| | | |
|---|---|---:|
| 1 | Gross receipts or sales less returns and allowances (Form 1120-S, line 1c) . . . . . . . . . . . . . . . . . . . . . . **1** | 183,572 |
| 2 | Gross profit (Form 1120-S, line 3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2** | 158,339 |
| 3 | Ordinary business income (loss) (Form 1120-S, line 21) . . . . . . . . . . . . . . . . . . . . . . **3** | (183,306) |
| 4 | Net rental real estate income (loss) (Form 1120-S, Schedule K, line 2) . . . . . . . . . . . . . . . **4** | |
| 5 | Income (loss) reconciliation (Form 1120-S, Schedule K, line 18) . . . . . . . . . . . . . . . . . . **5** | (184,114) |

### Part II    Declaration and Signature Authorization of Officer (Be sure to get a copy of the corporation's return)

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2020 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize Steve Landreth, CPA, PLLC to enter my PIN ▢▢▢▢ as my signature
ERO firm name                                    Don't enter all zeros
on the corporation's 2020 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2020 electronically filed income tax return.

Officer's signature ► _____ Date ► 09-14-2021 Title ► PRESIDENT

### Part III    Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. XXXXXX ▢▢▢▢
Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2020 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ► _____ Date ► 03-03-2023

---

**ERO Must Retain This Form - See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

---

For Paperwork Reduction Act Notice, see instructions.

Form **8879-S** (2020)

EEA

# Steve Landreth, CPA, PLLC

209 SW 89th Street Suite J
Oklahoma City, OK 73139
steve.landreth@landrethCPA.com
Phone: (405)631-1503  |  Fax: (405)631-1504

March 03, 2023

MIRAGE INTERNATIONAL INC
1832 NW 56TH ST
OKLAHOMA CITY, OK 73118

Your privacy is important to us. Read the following privacy policy.

We collect nonpublic personal information about you from various sources, including:

* Interviews regarding your tax situation

* Applications, organizers, or other documents that supply such information as your name, address, telephone number, Social Security Number, number of dependents, income, and other tax-related data

* Tax-related documents you provide that are required for processing tax returns, such as Forms W-2, 1099R, 1099-INT and 1099-DIV, and stock transactions

We do not disclose any nonpublic personal information about our clients or former clients to anyone, except as requested by our clients or as required by law.

We restrict access to personal information concerning you, except to our employees who need such information in order to provide products or services to you. We maintain physical, electronic, and procedural safeguards that comply with federal regulations to guard your personal information.

If you have any questions about our privacy policy, contact our office at (405)631-1503.

Sincerely,


Steve Landreth
Steve Landreth, CPA, PLLC

| | **1120S TAX RETURN COMPARISON**<br>2018 / 2019 / 2020 | | **2020** |
|---|---|---|---|

| Name(s) as shown on return | Identifying number |
|---|---|
| MIRAGE INTERNATIONAL INC | ■■■■■■ |

| | 2018<br>FEDERAL | 2019<br>FEDERAL | 2020<br>FEDERAL | DIFFERENCE<br>BETWEEN 2019 & 2020 |
|---|---|---|---|---|
| **Income** | | | | |
| Net receipts . . . . . . . . . . . . . | | 300,612 | 183,572 | (117,040) |
| Cost of goods sold . . . . . . . . . . | | 23,052 | 25,233 | 2,181 |
| Gross profit . . . . . . . . . . . | | 277,560 | 158,339 | (119,221) |
| Net gain/loss from 4797 . . . . . . . . | | | | |
| Other income . . . . . . . . . . . . | | | | |
| **Total income** . . . . . . . . . . . | | 277,560 | 158,339 | (119,221) |
| **Deductions** | | | | |
| Compensation of officers . . . . . . . | | | | |
| Salaries and wages . . . . . . . . . | | 280,545 | 238,926 | (41,619) |
| Repairs and maintenance . . . . . . . | | | 4,955 | 4,955 |
| Bad debts . . . . . . . . . . . . . | | | | |
| Rents . . . . . . . . . . . . . . | | 27,600 | 33,401 | 5,801 |
| Taxes and licenses . . . . . . . . . . | | 54,045 | 24,761 | (29,284) |
| Interest . . . . . . . . . . . . . | | | | |
| Net depreciation . . . . . . . . . . . | | | | |
| Depletion . . . . . . . . . . . . . | | | | |
| Advertising . . . . . . . . . . . . | | | | |
| Pension, profit-sharing . . . . . . . . | | | | |
| Employee benefits . . . . . . . . . . | | | | |
| Other deductions . . . . . . . . . . | | 30,788 | 39,602 | 8,814 |
| **Total deductions** . . . . . . . . . . | | 392,978 | 341,645 | (51,333) |
| **Ordinary business income(loss)** | | (115,418) | (183,306) | (67,888) |
| **Tax** | | | | |
| Total tax . . . . . . . . . . . . | | | | |
| **Payments** | | | | |
| Estimated taxes paid . . . . . . . . . | | | | |
| Total payments line 23e . . . . . . . | | | | |
| **Results** | | | | |
| **Amount owed** . . . . . . . . . . | | | | |
| **Overpayment** . . . . . . . . . . | | | | |
| Applied to estimate . . . . . . . . . | | | | |
| Refund . . . . . . . . . . . . | | | | |

SCHEDULE K - Shareholder's Share Items

| **Income** | | | | |
|---|---|---|---|---|
| Ordinary business income (loss) . . . . | | (115,418) | (183,306) | (67,888) |
| Net rental real estate income (loss) . . . | | | | |
| Other net rental income (loss) . . . . . | | | | |
| Interest income . . . . . . . . . . . | | | | |
| Ordinary dividends . . . . . . . . . | | | | |
| Qualified dividends . . . . . . . . . | | | | |
| Royalties . . . . . . . . . . . . | | | | |
| Net short-term capital gain (loss) . . . . | | | | |
| Net long-term capital gain (loss) . . . . | | | | |
| Collectibles (28%) gain (loss) . . . . . | | | | |
| Unrecaptured section 1250 gain . . . . | | | | |
| Net section 1231 gain (loss) . . . . . . | | | | |
| Other income (loss) . . . . . . . . . | | | | |

| | 2018 | 2019 | 2020 | DIFFERENCE |
|---|---|---|---|---|

**1120S TAX RETURN COMPARISON**
2018 / 2019 / 2020

**2020**

Page 2

| Name(s) as shown on return | Identifying number |
|---|---|
| MIRAGE INTERNATIONAL INC | ████████ |

| | 2018 FEDERAL | 2019 FEDERAL | 2020 FEDERAL | DIFFERENCE BETWEEN 2019 & 2020 |
|---|---|---|---|---|
| **Deductions** | | | | |
| Section 179 deduction . . . . . . . . | | | | |
| Contributions . . . . . . . . . . . | | | 808 | 808 |
| Investment interest expense . . . . . | | | | |
| Section 59(e)(2) expenditures . . . . | | | | |
| Other deductions . . . . . . . . . . | | | | |
| **Credits** | | | | |
| Low-income housing credit (section 42(j)(5)) . . | | | | |
| Low-income housing credit (other) . . . | | | | |
| Qualified rehabilitation expenditures (rental real estate) | | | | |
| Other rental real estate credits . . . . . | | | | |
| Other rental credits . . . . . . . . . | | | | |
| Credit for alcohol used as fuel . . . . . . | | | | |
| Other credits . . . . . . . . . . . | | | | |
| **Foreign Transactions** | | | | |
| Gross income from all sources . . . . . | | | | |
| Gross income sourced at shareholder level . . | | | | |
| Foreign gross income sourced at corporate level | | | | |
| Passive category . . . . . . . . . . | | | | |
| General categories . . . . . . . . . . | | | | |
| Other . . . . . . . . . . . . . . | | | | |
| Deductions allocated and apportioned at shareholder level | | | | |
| Interest expense . . . . . . . . . . . | | | | |
| Other . . . . . . . . . . . . . . | | | | |
| Deductions allocated / apportioned at corp. level to foreign source inc. | | | | |
| Passive category . . . . . . . . . . . | | | | |
| General categories . . . . . . . . . . | | | | |
| Other . . . . . . . . . . . . . . . | | | | |
| Total foreign taxes paid or accrued . . . | | | | |
| Reduction in taxes available for credit . . | | | | |
| **Alternative Minimum Tax (AMT) items** | | | | |
| Post-1986 depreciation adjustment . . . . | | | | |
| Adjusted gain or loss . . . . . . . . . | | | | |
| Depletion . . . . . . . . . . . . . | | | | |
| Oil, gas, and geothermal properties - gross income | | | | |
| Oil, gas, and geothermal properties - deductions | | | | |
| Other AMT items . . . . . . . . . . | | | | |
| **Items Affecting Shareholder Basis** | | | | |
| Tax-exempt interest income . . . . . . | | | | |
| Other tax-exempt income . . . . . . . | | | | |
| Nondeductible expenses . . . . . . . | | | | |
| Property distributions . . . . . . . . . | | 156,623 | | (156,623) |
| Repayment of loans from shareholders . | | | | |
| **Other information** | | | | |
| Investment income . . . . . . . . . . | | | | |
| Investment expenses . . . . . . . . . | | | | |
| Dividend distributions paid from accum earnings and profits | | | | |

| **RESIDENT STATE** | | OK | OK | |
|---|---|---|---|---|
| Taxable income . . . . . . . . . . . | | | | |
| Total tax . . . . . . . . . . . . . | | | | |
| Overpayment . . . . . . . . . . . . | | | | |
| Balance due . . . . . . . . . . . . | | | | |
| | 2018 | 2019 | 2020 | DIFFERENCE |

COMPARES.LD2

| | **Acknowledgement and General Information for Entities That File Returns Electronically** | **2020** |
|---|---|---|

Name(s) as shown on return

**MIRAGE INTERNATIONAL INC**

Employer Identification Number

Entity address

**1832 NW 56TH ST**

**OKLAHOMA CITY, OK 73118**

### Thank you for participating in IRS e-file.

1. [X] 2020 **1120S** income tax return for **Federal** was filed electronically. The electronic filing services were provided by **Steve Landreth, CPA, PLLC** .

2. [X] **1120S** income tax return was accepted on **09-14-2021** using a Personal Identification Number (PIN) as an electronic signature. The entity entered a PIN or authorized the Electronic Return Originator (ERO) to enter or generate a PIN signature. The submission ID assigned to this return is .

### PLEASE DO NOT SEND A PAPER COPY OF ENTITY'S RETURN TO THE IRS. IF YOU DO, IT WILL DELAY THE PROCESSING OF THE RETURN.

EF_ACK.LD

|  | **Acknowledgement and General Information for Entities That File Returns Electronically** | **2020** |
|---|---|---|

Name(s) as shown on return

**MIRAGE INTERNATIONAL INC**

Employer Identification Number

Entity address

**1832 NW 56TH ST**

**OKLAHOMA CITY, OK 73118**

## Thank you for participating in IRS e-file.

1. [X] 2020 __7004__ income tax return for __Federal__ was filed electronically. The electronic filing services were provided by __Steve Landreth, CPA, PLLC__ .

2. [X] __7004__ income tax return was accepted on __03-13-2021__ using a Personal Identification Number (PIN) as an electronic signature. The entity entered a PIN or authorized the Electronic Return Originator (ERO) to enter or generate a PIN signature. The submission ID assigned to this return is _____ .

### PLEASE DO NOT SEND A PAPER COPY OF ENTITY'S RETURN TO THE IRS. IF YOU DO, IT WILL DELAY THE PROCESSING OF THE RETURN.

Client Copy

EF_ACK.LD

| Form **1120-S** | | U.S. Income Tax Return for an S Corporation | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | ▶ Do not file this form unless the corporation has filed or<br>is attaching Form 2553 to elect to be an S corporation.<br>▶ Go to *www.irs.gov/Form1120S* for instructions and the latest information. | | **2020** |

For calendar year 2020 or tax year beginning _____ , 2020, ending _____ , 20 _____

| **A** S election effective date<br>12-01-2009 | TYPE<br>OR<br>PRINT | **Name**<br>MIRAGE INTERNATIONAL INC | **D** Employer identification number |
|---|---|---|---|
| **B** Business activity code<br>number (see instructions)<br>238900 | | **Number, street, and room or suite no. If a P.O. box, see instructions.**<br>1832 NW 56TH ST | **E** Date incorporated<br>12-01-2009 |
| **C** Check if Sch. M-3 attached ☐ | | **City or town, state or province, country, and ZIP or foreign postal code**<br>OKLAHOMA CITY     OK     73118 | **F** Total assets (see instructions)<br>$ |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ 1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | | |
|---|---|---|---|---|---|
| **Income** | **1 a** | Gross receipts or sales | **1a** | 183,572 | |
| | **b** | Returns and allowances | **1b** | | |
| | **c** | Balance. Subtract line 1b from line 1a | | **1c** | 183,572 |
| | **2** | Cost of goods sold (attach Form 1125-A) | | **2** | 25,233 |
| | **3** | Gross profit. Subtract line 2 from line 1c | | **3** | 158,339 |
| | **4** | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | **4** | |
| | **5** | Other income (loss) (see instructions - attach statement) | | **5** | |
| | **6** | Total income (loss). Add lines 3 through 5 ▶ | | **6** | 158,339 |
| **Deductions (see instructions for limitations)** | **7** | Compensation of officers (see instructions - attach Form 1125-E) | | **7** | |
| | **8** | Salaries and wages (less employment credits) | | **8** | 238,926 |
| | **9** | Repairs and maintenance | | **9** | 4,955 |
| | **10** | Bad debts | | **10** | |
| | **11** | Rents | | **11** | 33,401 |
| | **12** | Taxes and licenses           Wks.Tax/Lic. | | **12** | 24,761 |
| | **13** | Interest (see instructions) | | **13** | |
| | **14** | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | **14** | |
| | **15** | Depletion (**Do not deduct oil and gas depletion.**) | | **15** | |
| | **16** | Advertising | | **16** | |
| | **17** | Pension, profit-sharing, etc., plans | | **17** | |
| | **18** | Employee benefit programs | | **18** | |
| | **19** | Other deductions (attach statement)           Statement #2 | | **19** | 39,602 |
| | **20** | Total deductions. Add lines 7 through 19 ▶ | | **20** | 341,645 |
| | **21** | Ordinary business income (loss). Subtract line 20 from line 6 | | **21** | (183,306) |
| **Tax and Payments** | **22 a** | Excess net passive income or LIFO recapture tax (see instructions) | **22a** | | |
| | **b** | Tax from Schedule D (Form 1120-S) | **22b** | | |
| | **c** | Add lines 22a and 22b (see instructions for additional taxes) | | **22c** | |
| | **23 a** | 2020 estimated tax payments and 2019 overpayment credited to 2020 | **23a** | | |
| | **b** | Tax deposited with Form 7004 | **23b** | | |
| | **c** | Credit for federal tax paid on fuels (attach Form 4136) | **23c** | | |
| | **d** | Reserved for future use | **23d** | | |
| | **e** | Add lines 23a through 23d | | **23e** | |
| | **24** | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | | **24** | |
| | **25** | Amount owed. If line 23e is smaller than the total of lines 22c and 24, enter amount owed | | **25** | |
| | **26** | Overpayment. If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | | **26** | |
| | **27** | Enter amount from line 26: Credited to 2021 estimated tax▶ _____ Refunded ▶ | | **27** | |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | May the IRS discuss this return<br>with the preparer shown below?<br>See instructions. ☐ Yes ☐ No |
|---|---|---|
| | TONI LAWS<br>Signature of officer          Date | ▶ PRESIDENT<br>Title |

| **Paid Preparer Use Only** | Print/Type preparer's name<br>Steve Landreth | Preparer's signature | Date<br>03-03-2023 | Check ☐ if<br>self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name ▶ Steve Landreth, CPA, PLLC | | | Firm's E N ▶ | |
| | Firm's address ▶209 SW 89th Street Suite J<br>Oklahoma City OK 73139 | | | Phone no.          (405) | |

For Paperwork Reduction Act Notice, see separate instructions.                    Form **1120-S** (2020)

EEA

Form 1120-S (2020)    MIRAGE INTERNATIONAL INC    Page 2

| Schedule B | Other Information (see instructions) | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: **a** ☒ Cash  **b** ☐ Accrual | | |
| | **c** ☐ Other (specify) ▶ | | |
| 2 | See the instructions and enter the: | | |
| | **a** Business activity ▶ REMEDIATION     **b** Product or service ▶ ASBESTOS | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation. . . . . . . . . | | x |
| 4 | At the end of the tax year, did the corporation: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | x |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . | | x |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5 **a** | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . . | | x |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | **(i)** Total shares of restricted stock . . . . . . . . . . . . . ▶ | | |
| | **(ii)** Total shares of non-restricted stock . . . . . . . . . . ▶ | | |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . . . . . . . . | | x |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | **(i)** Total shares of stock outstanding at the end of the tax year . . . . ▶ | | |
| | **(ii)** Total shares of stock outstanding if all instruments were executed . . . . ▶ | | |
| 6 | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | x |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount. . . . . . . . . . . . . ▶ ☐ | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments | | |
| 8 | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and** **(b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions . . . . . . . . . ▶ $ _____ | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | x |
| 10 | Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . . | | x |
| **a** | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| **c** | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| 11 | Does the corporation satisfy **both** of the following conditions?. . . . . . . . . . . . . . . . . . . . . . . | x | |
| **a** | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| **b** | The corporation's total assets at the end of the tax year were less than $250,000. | | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

EEA    Form **1120-S** (2020)

Form 1120S (2020)     MIRAGE INTERNATIONAL INC                                          Page **3**

| Schedule B | Other Information (see instructions) *(continued)* | | Yes | No |
|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the | | | |
| | terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . | | | x |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . . . . . . . ▶ $ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . . . . . . . | | | x |
| 14 a | Did the corporation make any payments in 2020 that would require it to file Form(s) 1099? . . . . . . . . . . . . . | | | x |
| b | If "Yes," did the corporation file or will it file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . | | | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . | | | x |
| | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . . . . . . . ▶ $ | | | |

| Schedule K | | Shareholders' Pro Rata Share Items | | | Total amount |
|---|---|---|---|---|---|
| | 1 | Ordinary business income (loss) (page 1, line 21) . . . . . . . . . . . . . . . . . . . . . . . . | | 1 | (183,306) |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . . . . . . . . . . . . . . . . . . . | | 2 | |
| | 3a | Other gross rental income (loss) . . . . . . . . . . | 3a | | | |
| | b | Expenses from other rental activities (attach statement) . . . . . . . . . . . | 3b | | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a . . . . . . . . . . . | | 3c | |
| Income (Loss) | 4 | Interest income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 4 | |
| | 5 | Dividends: a Ordinary dividends . . . . . . . . . . . . . . . . . . . . . . . . . . | | 5a | |
| | | b Qualified dividends . . . . . . . . . . . . . . . | 5b | | | |
| | 6 | Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . . . . . . . . . . . | | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . . . . . . . . . . . . | | 8a | |
| | b | Collectibles (28%) gain (loss) . . . . . . . . . . . . | 8b | | | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . . . . . . . | 8c | | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) . . . . . . . . . . . . . . . . . . . . . | | 9 | |
| | 10 | Other income (loss) (see instructions) . . . . . . . . Type ▶ | | 10 | |
| Deductions | 11 | Section 179 deduction (attach Form 4562) . . . . . . . . . . . . . . . . . . . . . . . . | | 11 | |
| | 12a | Charitable contributions . . . . . . . . . . . . . . . . . . . . . Statement #9. . . . | | 12a | 808 |
| | b | Investment interest expense . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 12b | |
| | c | Section 59(e)(2) expenditures . . . . . . . . . . . . . Type ▶ | | 12c | |
| | d | Other deductions (see instructions) . . . . . . . . . Type ▶ | | 12d | |
| Credits | 13a | Low-income housing credit (section 42(j)(5)) . . . . . . . . . . . . . . . . . . . . . . | | 13a | |
| | b | Low-income housing credit (other) . . . . . . . . . . . . . . . . . . . . . . . . . . | | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) . . . . . . | | 13c | |
| | d | Other rental real estate credits (see instructions) . . . Type ▶ | | 13d | |
| | e | Other rental credits (see instructions) . . . . . . . . Type ▶ | | 13e | |
| | f | Biofuel producer credit (attach Form 6478) . . . . . . . . . . . . . . . . . . . . . . | | 13f | |
| | g | Other credits (see instructions) . . . . . . . . . . Type ▶ | | 13g | |
| Foreign Transactions | 14a | Name of country or U.S. possession ▶ | | | |
| | b | Gross income from all sources . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 14b | |
| | c | Gross income sourced at shareholder level . . . . . . . . . . . . . . . . . . . . . . | | 14c | |
| | | Foreign gross income sourced at corporate level | | | |
| | d | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 14d | |
| | e | Foreign branch category . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 14e | |
| | f | Passive category . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 14f | |
| | g | General category . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 14g | |
| | h | Other (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 14h | |
| | | Deductions allocated and apportioned at shareholder level | | | |
| | i | Interest expense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 14i | |
| | j | Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 14j | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | | |
| | k | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 14k | |
| | l | Foreign branch category . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 14l | |
| | m | Passive category . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 14m | |
| | n | General category . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 14n | |
| | o | Other (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 14o | |
| | | Other information | | | |
| | p | Total foreign taxes (check one): ☐ Paid ☐ Accrued . . . . . . . . . . . . . . . ▶ | | 14p | |
| | q | Reduction in taxes available for credit (attach statement) . . . . . . . . . . . . . . . . . | | 14q | |
| | r | Other foreign tax information (attach statement) . . . . . . . . . . . . . . . . . . . . . | | | |

EEA                                                                          Form **1120-S** (2020)

Form 1120-S (2020)    MIRAGE INTERNATIONAL INC    ▮-▮▮▮▮▮    Page **4**

| Schedule K | | Shareholders' Pro Rata Share Items *(continued)* | | Total amount |
|---|---|---|---|---|
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment | 15a | |
| | b | Adjusted gain or loss | 15b | |
| | c | Depletion (other than oil and gas) | 15c | |
| | d | Oil, gas, and geothermal properties - gross income | 15d | |
| | e | Oil, gas, and geothermal properties - deductions | 15e | |
| | f | Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income | 16a | |
| | b | Other tax-exempt income | 16b | |
| | c | Nondeductible expenses | 16c | |
| | d | Distributions (attach statement if required) (see instructions) | 16d | |
| | e | Repayment of loans from shareholders | 16e | |
| **Other Information** | 17a | Investment income | 17a | |
| | b | Investment expenses | 17b | |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d | Other items and amounts (attach statement)    Statement #18 | | |
| **Recon- ciliation** | 18 | **Income (loss) reconciliation. Combine** the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | 18 | (184,114) |

| Schedule L | | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|---|
| | | Assets | (a) | (b) | (c) | (d) |
| 1 | | Cash | | | | |
| 2a | | Trade notes and accounts receivable | | | | |
| | b | Less allowance for bad debts | ( | ) | ( | ) |
| 3 | | Inventories | | | | |
| 4 | | U.S. government obligations | | | | |
| 5 | | Tax-exempt securities (see instructions) | | | | |
| 6 | | Other current assets (attach statement) | | | | |
| 7 | | Loans to shareholders | | | | |
| 8 | | Mortgage and real estate loans | | | | |
| 9 | | Other investments (attach statement) | | | | |
| 10a | | Buildings and other depreciable assets | | | | |
| | b | Less accumulated depreciation | ( | ) | ( | ) |
| 11a | | Depletable assets | | | | |
| | b | Less accumulated depletion | ( | ) | ( | ) |
| 12 | | Land (net of any amortization) | | | | |
| 13a | | Intangible assets (amortizable only) | | | | |
| | b | Less accumulated amortization | ( | ) | ( | ) |
| 14 | | Other assets (attach statement) | | | | |
| 15 | | Total assets | | | | |
| | | **Liabilities and Shareholders' Equity** | | | | |
| 16 | | Accounts payable | | | | |
| 17 | | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | | Other current liabilities (attach statement) | | | | |
| 19 | | Loans from shareholders | | | | |
| 20 | | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | | Other liabilities (attach statement) | | | | |
| 22 | | Capital stock | | | | |
| 23 | | Additional paid-in capital | | | | |
| 24 | | Retained earnings | | | | |
| 25 | | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | | Less cost of treasury stock | | ( | ) | ( | ) |
| 27 | | Total liabilities and shareholders' equity | | | | |

EEA    Form **1120-S** (2020)

Form 1120-S (2020)    MIRAGE INTERNATIONAL INC    ■-■■■■    Page **5**

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | |
|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . . . . | | 5 Income recorded on books this year not included | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, | | on Schedule K, lines 1 through 10 (itemize): | |
| | 5a, 6, 7, 8a, 9, and 10, not recorded on books this | | a Tax-exempt interest $ _____ | |
| | year (itemize): _____ | | _____ | |
| 3 | Expenses recorded on books this year not | | 6 Deductions included on Schedule K, | |
| | included on Schedule K, lines 1 through 12 | | lines 1 through 12 and 14p, not charged | |
| | and 14p (itemize): | | against book income this year (itemize): | |
| a | Depreciation $ _____ | | a Depreciation $ _____ | |
| b | Travel and entertainment $ _____ | | _____ | |
| | _____ | | 7 Add lines 5 and 6 . . . . . . . . . . . | |
| 4 | Add lines 1 through 3 . . . . . . . . . . | | 8 Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | |

| Schedule M-2 | Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions) |
|---|---|

| | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|
| 1 Balance at beginning of tax year . . . . . . . . . . | 77,352 | | | |
| 2 Ordinary income from page 1, line 21 . . . . . . . . | | | | |
| 3 Other additions . . . . . . . . . . . . . . . . | | | | |
| 4 Loss from page 1, line 21 . . . . . . . . . . . . | ( 183,306 ) | | | |
| 5 Other reductions . . . .**Statement #30** . . . . | ( 808 ) | | | ( ) |
| 6 Combine lines 1 through 5 . . . . . . . . . . | (106,762) | | | |
| 7 Distributions . . . . . . . . . . . . . . . . | | | | |
| 8 Balance at end of tax year. Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . | (106,762) | | | |

EEA                                                                                                    Form **1120-S** (2020)

Form **1125-A**
(Rev. November 2018)
Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

Name

Employer identification number

MIRAGE INTERNATIONAL INC

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | 25,233 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 25,233 |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 25,233 |

**9a** Check all methods used for valuing closing inventory:

   *(i)* ☐ Cost

   *(ii)* ☐ Lower of cost or market

   *(iii)* ☐ Other (Specify method used and attach explanation.)  ▶ _____

**b** Check if there was a writedown of subnormal goods  . .  ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)  . .  ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO  . . .  **9d**

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions  . . . .  ☐ Yes    ☐ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation  . .  ☐ Yes    ☐ No

For Paperwork Reduction Act Notice, see instructions

Form **1125-A** (Rev. 11-2018)

EEA

671120

**Schedule K-1**
**(Form 1120-S)**

**2020**

Department of the Treasury
Internal Revenue Service

For calendar year 2020, or tax year

beginning _____ 2020 ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.** ► See separate instructions.

| | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |

**Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items**

| **Part I** | **Information About the Corporation** |

**A** Corporation's employer identification number

███ ██

**B** Corporation's name, address, city, state, and ZIP code

MIRAGE INTERNATIONAL INC

1832 NW 56TH ST

OKLAHOMA CITY        OK 73118

**C** IRS Center where corporation filed return

Ogden

| **Part II** | **Information About the Shareholder** |

**D** Shareholder's identifying number

████████

**E** Shareholder's name, address, city, state, and ZIP code

CHARLES M LAWS

██████████        OK 73118-1404

**F** Current year allocation percentage . . . . . . 100.00000 %

**G** Shareholder's number of shares

Beginning of tax year . . . . . . . . . 500
End of tax year . . . . . . . . . 500

**H** Loans from shareholder

Beginning of tax year . . . . . . . . $ _____
End of tax year . . . . . . . . . $ _____

| 1 | Ordinary business income (loss) | (183,306) |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | |

| 13 | Credits | |
| 14 | Foreign transactions | |
| 15 | Alternative minimum tax (AMT) items | |
| 16 | Items affecting shareholder basis | |

| 11 | Section 179 deduction | |
| 12 | Other deductions | A | 808 |

| 17 | Other information | AC | 183,572 |
| | | V* | STMT |

| 18 | More than one activity for at-risk purposes* |
| 19 | More than one activity for passive activity purposes* |

* See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.        www.irs.gov/Form1120S        Schedule K-1 (Form 1120-S) 2020

EEA

# STATEMENT A - QBI Pass-through Entity Reporting

Information Reported in Accordance with Section 199A-6

Schedule K-1, Line 17, Code V

**2020**

| Name(s) as shown on return | Tax ID Number |
|---|---|
| MIRAGE INTERNATIONAL INC | ████████ |

| Name(s) as shown on K1 | Tax ID Number |
|---|---|
| CHARLES M LAWS | XXX-XX-XXXX |

| Line No. | Description of Trade or Business | Taxpayer Identification Number | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| 1 | MIRAGE INTERNATIONAL INC | ████████ | | | No |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| LINE NUMBER | NO. 1 | NO. ___ | NO. ___ | NO. ___ | NO. ___ | NO. ___ |
|---|---|---|---|---|---|---|
| Ordinary Business Income (Loss) | (183,306) | | | | | |
| Rental Income (Loss) | | | | | | |
| Royalty Income (Loss) | | | | | | |
| Section 1231 Gain (Loss) | | | | | | |
| Other Income (Loss) | | | | | | |
| Section 179 | | | | | | |
| Other Deductions | | | | | | |
| W-2 Wages | 238,926 | | | | | |
| Unadjusted Basis Immediately After Acquisition | | | | | | |
| Section 199A Dividends | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

K1_QBIS~.LD

Form **7004**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

▶ File a separate application for each return.
▶ *Go to www.irs.gov/Form7004 for instructions and the latest information.*

OMB No. 1545-0233

**Print or Type**

| Name | Identifying number |
|------|------|
| MIRAGE INTERNATIONAL INC | ▮▮▮▮▮ |

Number, street, and room or suite no. (If P.O. box, see instructions.)
1832 NW 56TH ST

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)
OKLAHOMA CITY          OK     73118

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

### Part I — Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions.

1   Enter the form code for the return listed below that this application is for . . . . . . . . . . . . . . . . . . . . . |  2  |  5  |

| Application Is For: | Form Code | Application Is For: | Form Code |
|------|------|------|------|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

### Part II — All Filers Must Complete This Part

2   If the organization is a foreign corporation that does not have an office or place of business in the United States,
    check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

3   If the organization is a corporation and is the common parent of a group that intends to file a consolidated return,
    check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
    If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member
    covered by this application.

4   If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here . . ▶ ☐

5a  The application is for calendar year 20 **20**  , or tax year beginning _____ , 20 ____ , and ending _____ , 20 ____

 b  **Short tax year.** If this tax year is less than 12 months, check the reason:  ☐ Initial return   ☐ Final return
    ☐ Change in accounting period   ☐ Consolidated return to be filed   ☐ Other (See instructions-attach explanation.)

| | | |
|------|------|------|
| 6   Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 0 |
| 7   **Total** payments and credits. See instructions  . . . . . . . . . . . | **7** | 0 |
| 8   **Balance due.** Subtract line 7 from line 6. See instructions  . . . . . . | **8** | 0 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.                Form **7004** (Rev. 12-2018)

EEA

| **Federal Supporting Statements** | **2020**    PG01 |
|---|---|

Name(s) as shown on return

MIRAGE INTERNATIONAL INC

Tax ID Number

▬▬▬▬▬▬

Form 1120S - Line 19 - Other Deductions          Statement #2

| Description | Amount |
|---|---|
| Automobile and Truck Expense | 5,296 |
| Fuel | 196 |
| Independent Contractor | 6,394 |
| Insurance | 11,759 |
| Miscellaneous | 500 |
| Office Expense | 290 |
| Supplies | 2,279 |
| Telephone | 4,773 |
| Utilities | 5,215 |
| Waste Removal | 2,777 |
| WEB SITE | 123 |
| **Total** | **39,602** |

PG01
Schedule K - Line 12a - Contributions          Statement #9

| Description | Amount |
|---|---|
| Cash Contributions (60%) | 808 |
| **Total** | **808** |

PAGE 1
Schedule K - Line 17d - Other Items          Statement #18

| Description | Amount |
|---|---|
| Gross receipts for sec. 448(c) | 183,572 |

STATMENT.LD

| **Federal Supporting Statements** | **2020** | **PG01** |
|---|---|---|

Name(s) as shown on return

MIRAGE INTERNATIONAL INC

Tax ID Number

███████

Schedule M-2 - Line 5 - Other Reductions          Statement #30

| Description | Amount |
|---|---|
| Contributions | 808 |
| **Total** | **808** |



**Taxes and Licenses Attachment**

Note: This information does not transmit to the IRS with e-filed returns.
Including with a paper filed return is optional.

**2020**

| S CORPORATION NAME | EIN |
|---|---|
| MIRAGE INTERNATIONAL INC | |

| Taxes and Licenses | Form 1120S | Page 1, Line 12 |
|---|---|---|

| | | | |
|---|---|---|---:|
| 1 | State income taxes | 1 | |
| 2 | State franchise taxes | 2 | |
| 3 | City income taxes | 3 | |
| 4 | City franchise taxes | 4 | |
| 5 | Local property taxes | 5 | |
| 6 | Intangible property taxes | 6 | |
| 7 | Payroll taxes | 7 | 20,736 |
| 8 | Less: credit from Form 8846 | 8 | |
| 9 | Foreign taxes paid | 9 | |
| 10 | Occupancy taxes | 10 | |
| 11 | Other miscellaneous taxes | 11 | |
| 12 | Built in gains tax allocated to ordinary income | 12 | |
| 13 | Licenses | 13 | 4,025 |
| 14 | Total to Form 1120S, Page 1, Line 12 | 14 | 24,761 |

Client Copy

| | Summary of Stock Ownership | **2020** |
|---|---|---|

**CORPORATION NAME**
MIRAGE INTERNATIONAL INC

**EIN**
███████

| Shareholder Information | | | Shares | | % Ownership | |
|---|---|---|---|---|---|---|
| Name | EIN/SSN | Type | Beginning | Ending | Beginning | Ending |
| CHARLES M LAWS | ████████ | | 500 | 500 | 100.00000 | 100.00000 |
| **Total** | | | 500 | 500 | | |

Client Copy

**Form 1120S**

### K-K1 Comparison Worksheet

(Keep for your records)

**2020**

| S CORPORATION NAME | | | EIN |
|---|---|---|---|
| MIRAGE INTERNATIONAL INC | | | ███████ |

| | Description | Schedule K | K-1 Totals | Difference |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) . . . . . . . | (183,306) | (183,306) | |
| 12 A | Cash contributions (60%) . . . . . . . . . . | 808 | 808 | |
| 17 AC | Gross receipts for sec. 448(c) . . . . . . . | 183,572 | 183,572 | |

# Qualified Business Income Information

Summary of Statement A - QBI PTE Reporting

(Keep for your records)

**2020**

Name(s) as shown on return

MIRAGE INTERNATIONAL INC

Tax ID Number ▮

| Line No. | Description of Trade or Business | Taxpayer Identification Number | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| 1 | MIRAGE INTERNATIONAL INC | ▮ | | | No |
| | | | | | |
| | | | | | |

| LINE NUMBER | NO. 1 | NO. ___ | NO. ___ | NO. ___ | NO. ___ | NO. ___ |
|---|---|---|---|---|---|---|
| Ordinary Business Income (Loss) | (183,306) | | | | | |
| Rental Income (Loss) | | | | | | |
| Royalty Income (Loss) | | | | | | |
| Section 1231 Gain (Loss) | | | | | | |
| Other Income (Loss) | | | | | | |
| Section 179 | | | | | | |
| Other Deductions | | | | | | |
| W-2 Wages | 238,926 | | | | | |
| Unadjusted Basis Immediately After Acquisition | | | | | | |
| Section 199A Dividends | | | | | | |

WK-QBI-LD

# Steve Landreth, CPA, PLLC

209 SW 89th Street Suite J
Oklahoma City, OK 73139
steve.landreth@landrethCPA.com
Phone: (405)631-1503 | Fax: (405)631-1504

| Customer Name | Customer Information | |
|---|---|---|
| MIRAGE INTERNATIONAL INC | Invoice #: | |
| 1832 NW 56TH ST | Date: | March 03, 2023 |
| OKLAHOMA CITY, OK 73118 | Phone: | █████████ |
| | E-mail: | |

Your 2020 tax return was prepared by Steve Landreth.

| Description | | Fee |
|---|---|---|
| **Federal And Supplemental Forms** | | |
| Form 1120S | U.S. S Corp Income Tax Return, page 1 | |
| Form 1120S pg 2 | U.S. S Corp Income Tax Return, page 2 | |
| Form 1120S pg 3 | U.S. S Corp Income Tax Return, page 3 | |
| Form 1120S pg 4 | U.S. S Corp Income Tax Return, page 4 | |
| Form 1120S pg 5 | U.S. S Corp Income Tax Return, page 5 | |
| Schedule K-1 | Shareholder's Share of Income | |
| Form 1125-A | Cost of Goods Sold | |
| Form 7004 | Application for Automatic Extension | |
| Form 8879-S | E-File Signature Authorization for 1120S | |
| Wks SOWN | Summary of Ownership Changes | |
| Wks Tax/Lic | Taxes and Licenses Worksheet | |
| Statement 1120S | Form 1120S - Itemized Other Deduction | |
| Statement Sch K | Schedule K - Charitable Contributions | |
| Statement Sch K | Schedule K - Other Items and Amounts | |
| Statement Sch M2 | Schedule M2 - Accum Adj Acc Other Ded | |
| Comparison | Tax Year Comparison Sheet | |
| EF Notice | General Information for Electronic Filing | |
| EF Notice | General Information for Electronic Filing | |
| K-K1 Comparison | Comparison of Schedule K to K-1 | |
| Wks QBI | Qualified Business Income Worksheet | |
| K-1 Wks QBI | Qualified Business Income Wks for Shareholders | |
| **Oklahoma Forms** | | |
| OK 512S | S Corporation Tax Return Page 1 | |
| OK 512S Pg 2 | S Corporation Tax Return Page 2 | |
| OK 512S Pg 3 | S Corporation Tax Return Page 3 | |
| OK 512S Pg 4 | S Corporation Tax Return Page 4 | |
| OK 512S Pg 5 | S Corporation Tax Return Page 5 | |
| OK FRX-200 | Oklahoma Annual Franchise Tax Return | |
| OK FRX-200 pg 2 | Oklahoma Annual Franchise Tax Return pg 2 | |
| OK FRX-200 pg 3 | Oklahoma Annual Franchise Tax Return pg 3 | |
| OK FRX-200 pg 4 | Oklahoma Annual Franchise Tax Return pg 4 | |
| OK K1S | Shareholder's Share of Income | |
| OK EFTD | Declaration for Electronic Filing | |

| OK EF_ACK | Electronic Filing Acknowledgement | |
|---|---|---|

| Total Forms | 33 | Forms Subtotal | 0.00 |
|---|---|---|---|
| | | Total Balance Due | 0.00 |

Payment due upon receipt.  Thank you for your business!

## 2020 OK200 Filing Instructions
## MIRAGE INTERNATIONAL INC

**Form filed:**

    OK200 and supplemental forms and schedules

**Filing method:**

    Your return will not be e-filed. Sign and date your return
and mail it on or before the due date of the return to the
address listed below.

**Due date:**

    08-02-2021

**Other instructions:**

    The return reflects neither a refund nor a balance due

**Mail-to address:**

    Oklahoma Tax Commission
Franchise Tax
PO Box 26920
Oklahoma City, OK 73126-0920

### 2020 OK512S Filing Instructions
### MIRAGE INTERNATIONAL INC

**Form filed:**

    OK512S and supplemental forms and schedules

**Filing method:**

    Your return has been e-filed, do not mail your return

**Due date:**

    10-15-2021

**Other instructions:**

    The return reflects neither a refund nor a balance due

# Oklahoma Income Tax Declaration
## for Electronic Filing (for Form 512, 512-S, 513, 513NR or 514)

FORM
**2020**
**EF**

**Do not send to the Oklahoma Tax Commission. Keep Form EF for your records.**

For calendar year 2020 or tax year beginning _____ , 2020 and ending _____ , 20 ___ .

| Name of Entity | Federal Employer Identification Number |
|---|---|
| MIRAGE INTERNATIONAL INC | ▮▮▮▮▮▮▮ |

**1 | TAX RETURN INFORMATION (whole dollars only) Complete lines A and B. Enter the applicable amounts from the return, if any.**

| | | | |
|---|---|---|---|
| Form 512: | A. Oklahoma taxable income (Form 512, line 1) . . . . . . . . . . . . . . . . . . . . . . | | 00 |
| | B. Refund or balance due (Form 512, line 31 or 26) . . . . . . . . . . . . . . . . . . | | 00 |
| Form 512-S: | A. Nonresident share of taxable income (Form 512-S, line 1) . . . . . . . . . . | | 00 |
| | B. Refund or balance due (Form 512-S, line 31 or 26) . . . . . . . . . . . . . . . | | 00 |
| Form 513: | A. Taxable income of fiduciary (Form 513, line 24) . . . . . . . . . . . . . . . . . | | 00 |
| | B. Refund or balance due (Form 513, line 37 or 41) . . . . . . . . . . . . . . . . . | | 00 |
| Form 513NR: | A. Taxable income of fiduciary (Form 513NR, line 26) . . . . . . . . . . . . . . . | | 00 |
| | B. Refund or balance due (Form 513NR, line 41 or 45) . . . . . . . . . . . . . . | | 00 |
| Form 514: | A. Nonresident share of income (Form 514, line 1) . . . . . . . . . . . . . . . . . | | 00 |
| | B. Refund or balance due (Form 514, line 14 or 18) . . . . . . . . . . . . . . . . . | | 00 |

**2 | DECLARATION OF OFFICER, PARTNER, MEMBER OR FIDUCIARY**

**2a** ☐ I consent the refund be directly deposited as designated in the electronic portion of the Oklahoma income tax return.

**2b** ☐ I authorize the Oklahoma State Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the Oklahoma taxes owed on this return and/or a payment of estimated tax. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

If a balance due return is being filed, I understand that if the Oklahoma Tax Commission (OTC) does not receive full and timely payment of the tax liability, the entity will remain liable for the tax liability and all applicable interest and penalties.

Under penalties of perjury, I declare I have compared the information contained on the return, with information I have provided to my Electronic Return Originator (ERO), and the amounts described in Part One above, agree with the amounts shown on the corresponding lines of the Oklahoma income tax return. To the best of my knowledge and belief, the return is true, correct, and complete. I consent the return, including this declaration and accompanying schedules and statements, be sent to the OTC by my ERO.

In addition, by using a computer system and software to prepare and transmit my return electronically, I consent to the disclosure to the Oklahoma Tax Commission of all information pertaining to my use of the system and software and to the transmission of my tax return electronically.

**Sign Here:** _____  09-14-2021   PRESIDENT
Signature of Officer, Partner, Member or Fiduciary      Date      Title

**3 | DECLARATION OF ELECTRONIC RETURN ORIGINATOR (ERO) AND PAID PREPARER**

I declare I have reviewed the above taxpayer's return and the entries on Form EF are complete and correct to the best of my knowledge. (EROs who are collectors are not responsible for reviewing the taxpayer's return; however, they must ensure Form EF accurately reflects the data on the return.) I have obtained the taxpayer's signature on Form EF and have provided the taxpayer with a copy of all forms and information to be filed with the OTC, and have followed all other requirements described in the Federal Publication for Modernized e-File. If I am also a Paid Preparer, under penalties of perjury I declare I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct and complete. This Paid Preparer declaration is based on all information of which I have any knowledge.

**Sign Here:** _____  03-03-2023   ▮▮▮▮▮▮   ▮▮▮▮▮▮
ERO Signature      Date      PTIN      Phone Number with Area Code

**Sign Here:** _____  03-03-2023   XXXXXXXXX   405-631-1503
Paid Preparer Signature      Date      PTIN      Phone Number with Area Code

Firm Name (or yours if self-employed):   Steve Landreth, CPA, PLLC

and Address, City, and Zip Code:   209 SW 89th Street Suite J; Oklahoma City, OK 73139

**ERO Must Retain Form EF - Unless Requested Do Not Submit This Form to the Oklahoma Tax Commission.**

**Form 512-S**
2020



# Oklahoma Small Business Corporation Income and Franchise Tax Return

This form is due 30 days after the due date of the Federal Return

For the year January 1 - December 31, 2020, or other taxable year beginning: _____ 2020 ending: _____

| | |
|---|---|
| Corporate name<br>MIRAGE INTERNATIONAL INC | **Extension -** If you have applied for an extension from the IRS, place an 'X' here and provide a copy. → [X] |
| Street address<br>1832 NW 56TH ST | Date of incorporation<br>12-01-2009 | Under the laws of<br>Oklahoma |
| City, State or Province, Country and ZIP or Foreign Postal Code<br>OKLAHOMA CITY OK 73118 | County in which located<br>OKLAHOMA |
| Federal Employer Identification Number ■-■    Business code number<br>238900 | Type of business<br>REMEDIATION |

Place an 'X' if: **(1)** ☐ Initial return  **(2)** ☐ Final return  **(3)** ☐ Amended return (See Schedule 512-S-X on page 10)  **(4)** ☐ Electing PTE (Form 586 was filed)

➤ **Notice:** Corporations should not complete the franchise tax portion of the return for the following:
- Filing a stand-alone Oklahoma Annual Franchise Tax Return (Form 200).
- Not required to file a franchise tax return.
- Remitted the maximum amount of franchise tax for the preceeding tax year.

## PART ONE, SECTION ONE: INCOME TAX - Tax Computation Schedule for Nonresident Shareholders Who Do Not File Form 512-SA and Electing Pass-through Entities -or- for a Corporation Claiming the Refundable Credits from Form 577 or 578.

| | | | | |
|---|---|---|---|---|
| 1a | Nonresident share of income from Page 5, Part 5, line 14 | 1a | | 00 |
| 1b | Nonresident share of Okla. capital gain deduction (provide Form(s) 561S) | 1b | | 00 |
| 1c | Nonresident share of deductions (see instructions) | 1c | | 00 |
| 1 | Nonresident share of taxable income (line 1 minus lines 1b and 1c) **-or-** electing pass-through entity's taxable income (587-PTE, Part 3, line 3). If the Oklahoma Capital Gain Deduction (Form 561-PTE) is included on Form 587-PTE, Column C, place an "X" in the box | ☐ | 1 | 00 |

**Complete line 2a -or- lines 2b and 2c**

| | | | | |
|---|---|---|---|---|
| 2a | Nonresident Oklahoma tax (6% of line 1) | 2a | | 00 |
| 2b | Electing Pass-Through Entity Tax (Form 587-PTE, **Part 1** line 23) | 2b | | 00 |
| 2c | Electing Pass-Through Entity Tax (Form 587-PTE, **Part 2** line 23) | 2c | | 00 |
| 2 | Nonresident Oklahoma tax (line 2a) **-or-** Electing Pass-Through Entity Tax (total of lines 2b and 2c) (If recapturing the Oklahoma Affordable Housing Tax Credit; add the recaptured credit here and enter a "1" in the box. If making an Oklahoma installment payment pursuant to IRC Section 965(h) and 68 O.S. Sec. 2368(K), add the installment payment here and enter a "2" in the box ) | ☐ | 2 | 00 |
| 3 | Other Credits Form (see instructions) (provide Form 511CR) | | 3 | 00 |
| 4 | Balance of tax due (line 2 minus line 3, but not less than zero) | | 4 | 00 |
| 5 | 2020 Oklahoma estimated tax payments (i.e. Form(s) OW-8-ESC and prior year overpayment carryforward) | 5 | | 00 |
| 6 | Amount paid with extension request | 6 | | 00 |
| 7 | Oklahoma withholding (provide Form 1099, 500-A, 500-B or other withholding statement) | 7 | | 00 |
| 8 | Refundable Credits from Form    a) ☐ 577 - b) ☐ 578 | 8 | | 00 |
| 9 | Amount paid with original return and amount paid after it was filed (amended return only) | 9 | | 00 |
| 10 | Any refunds or overpayment applied (amended return only) | 10 ( | )00 | |
| 11 | Total of lines 5 through 10 | | 11 | 00 |
| 12 | Overpayment (line 11 minus line 4) ........ Overpayment ➤ | | 12 | 00 |
| 13 | Tax Due (line 4 minus line 11) ........ Income Tax Due ➤ | | 13 | 00 |
| 14 | (a) Donation: Support the Oklahoma General Revenue Fund | | 14a | 00 |
| | (b) Donation: Public School Classroom Support Fund | | 14b | 00 |
| 15 | Underpayment of estimated tax interest ........ Annualized ☐ | | 15 | 00 |
| 16 | **For delinquent payment** add penalty of 5% ....... $ _____ plus interest of 1.25% per month ....... $ _____ | | 16 | 00 |
| 17 | Total tax, penalty and interest (add lines 13 - 16) ..... Income Tax Balance Due ➤ | | 17 | 00 |

The Oklahoma Tax Commission is not required to give actual notice to taxpayers of changes in any state tax law.



2020 Form 512-S - Page 2   **Corporation Income and Franchise Tax**

| Name shown on Form 512-S | MIRAGE INTERNATIONAL INC | FEIN | ▮▮▮▮▮▮ |
|---|---|---|---|

## SECTION TWO: FRANCHISE TAX

☐ Place an "X" here if filing a combined corporate income and franchise tax return and complete Section Two. Corporations filing a Form 200 will skip Section Two and complete Section Three.

To complete lines 18 - 25, use the figures from page 6, lines 12-19.

| | | | | |
|---|---|---|---|---|
| 18 | Tax | 18 | | 00 |
| 19 | Registered Agents Fee | 19 | | 00 |
| 20 | Interest | 20 | | 00 |
| 21 | Penalty | 21 | | 00 |
| 22 | Reinstatement Fee | 22 | | 00 |
| 23 | Previous Payment | 23 | ( | )00 |
| 24 | Overpayment ............. Franchise Tax Overpayment ➤ | 24 | | 00 |
| 25 | Total Due ................ Franchise Tax Balance ➤ | 25 | | 00 |

## SECTION THREE: TOTAL

All corporations complete Section Three. Combine Income Tax and Franchise Tax. If there is a net balance due, complete line 26. If there is a net overpayment, complete lines 27-31.

**Balance Due**

| 26 | Total Balance Due .................. Balance Due ➤ | 26 | | 00 |
|---|---|---|---|---|

**Overpayment**

| 27 | Total Overpayment ....................... | 27 | | 00 |
|---|---|---|---|---|
| 28 | Amount of line 27 to be credited to 2021 estimated income tax **(original return only)** | 28 | 00 | |

Line 29 provides you the opportunity to make a financial gift from your refund to a variety of Oklahoma organizations. Place the line number of the organization from the line 29 instructions in the box below and enter the amount you are donating. If giving to more than one organization, put a "99" in the box and provide a schedule showing how you would like your donation split.

| 29 | Donations from your refund  ☐$2 ☐$5 ☐ $ _____ | 29 | | 00 |
|---|---|---|---|---|
| 30 | Total (add lines 28 and 29) ................... | 30 | | 00 |
| 31 | Amount of line 27 to be refunded to you (line 27 minus line 30) ......... Refund ➤ | 31 | | 00 |

**Direct Deposit Note:**
All refunds must be by direct deposit. See Direct Deposit Information on page 18 of the 512-S Packet for details.

Is this refund going to or through an account that is located outside of the United States?  ☐ Yes  ☐ No

**Deposit my refund in my:**  ☐ checking account  ☐ savings account

| Routing Number: | | Account Number: | |
|---|---|---|---|

If the Oklahoma Tax Commission may discuss this return with your tax preparer, place an "X" here:  **X**

Under penalties of perjury, I declare I have examined this return, including any accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct and complete. If prepared by person other than the taxpayer, this declaration is based on all information of which preparer has any knowledge.

Make check payable to the Oklahoma Tax Commission

| Corporate Seal | Signature of Officer | Date 09-14-2021 | Signature of Preparer | Date 03-03-2023 |
|---|---|---|---|---|
| | Printed Name of Officer TONI LAWS | | Printed Name of Preparer Steve Landreth | |
| | Title PRESIDENT | Phone Number 405-606-1211 | Phone Number 405-631-1503 | Preparer's PTIN XXXXXXXXX |

**Provide a copy of Federal return - Remit to Oklahoma Tax Commission - Post Office Box 26800 - Oklahoma City, OK 73126-0800**
The Oklahoma Tax Commission is not required to give actual notice to taxpayers of changes in any state tax law.



**2020 Form 512-S - Page 3** Corporation Income and Franchise Tax

| Name shown on Form 512-S: | MIRAGE INTERNATIONAL INC | FEIN | |
|---|---|---|---|

## PART 2: ORDINARY INCOME FROM TRADE OR BUSINESS

Complete Column A. Column B should be completed by S Corporations whose income is all within Oklahoma and/or by those whose income is partly within and partly without Oklahoma (not of a unitary nature). CAUTION: Include only trade or business income and expenses on lines 1a through 21 below.

| | | | Column A As reported on Federal Return | | Column B Total applicable to Oklahoma |
|---|---|---|---|---|---|
| 1 | a. Gross receipts or sales . . . . . $ | 183,572 | | | |
| | b. Minus returns and allowances . . . $ | | 183,572 .00 | 1 | 183,572 .00 |
| 2 | Cost of goods sold and/or operations . . . . . . . . . | | 25,233 .00 | 2 | 25,233 .00 |
| 3 | Gross profit (subtract line 2 from line 1) . . . . . . . | | 158,339 .00 | 3 | 158,339 .00 |
| 4 | Net gain (loss) (Form 4797 Part II, line 17) . . . . . | | .00 | 4 | .00 |
| 5 | Other income (loss) (provide schedule) . . . . . . . | | .00 | 5 | .00 |
| 6 | Total income (loss) (add lines 3 through 5) . . . . . | | 158,339 .00 | 6 | 158,339 .00 |
| 7 | Compensation of officers . . . . . . . . . . . . . . . | | .00 | 7 | .00 |
| 8 | Salaries and wages . . . . . . . . . . . . . . . . . | | 238,926 .00 | 8 | 238,926 .00 |
| 9 | Repairs and maintenance . . . . . . . . . . . . . . . | | 4,955 .00 | 9 | 4,955 .00 |
| 10 | Bad debts . . . . . . . . . . . . . . . . . . . . . . | | .00 | 10 | .00 |
| 11 | Rent . . . . . . . . . . . . . . . . . . . . . . . . . | | 33,401 .00 | 11 | 33,401 .00 |
| 12 | Taxes and licenses . . . . . . . . . . . . . . . . . . | | 24,761 .00 | 12 | 24,761 .00 |
| 13 | Interest . . . . . . . . . . . . . . . . . . . . . . . | | .00 | 13 | .00 |
| 14 | Depreciation . . . . . . . . . . . . . . . . . . . . . | | .00 | 14 | .00 |
| 15 | Depletion (do not deduct oil and gas depletion) . . . | | .00 | 15 | .00 |
| 16 | Advertising . . . . . . . . . . . . . . . . . . . . . | | .00 | 16 | .00 |
| 17 | Pension, profit-sharing, etc. plans . . . . . . . . . | | .00 | 17 | .00 |
| 18 | Employee benefit programs . . . . . . . . . . . . . . | | .00 | 18 | .00 |
| 19 | Other deductions (provide schedule) . . . . . . . . . | | 39,602 .00 | 19 | 39,602 .00 |
| 20 | Total deductions (add lines 7 through 19). . . . . . . | | 341,645 .00 | 20 | 341,645 .00 |
| 21 | Ordinary Income (Loss) from trade or business: Subtract line 20 from line 6. Enter here and below on Part 3, line 1 . . . . . . . . . . . | | (183,306) .00 | 21 | (183,306) .00 |

## PART 3: SHAREHOLDERS' PRO RATA SHARE ITEMS

| | | | Column A As reported on Federal Return | | Column B Total applicable to Oklahoma |
|---|---|---|---|---|---|
| **INCOME (LINES 1 THROUGH 11)** | | | | | |
| 1 | Ordinary income (loss) from trade or business (from above on Part 2, line 21) . . . . . . | | (183,306) 00 | 1 | (183,306) 00 |
| 2 | Net income (loss) from rental real estate activity(ies) (provide schedule) . . . . . . . . | | 00 | 2 | 00 |
| 3 | Net income (loss) from other rental activity(ies) (provide schedule) . . . . . . . . . | | 00 | 3 | 00 |
| 4 | Interest income | | | | |
| | a: Interest on loans, notes, mortgages, bonds, etc . . . . . . . . . . . | | 00 | 4a | 00 |
| | b: Interest on obligations of a state or political subdivision . . . . . . . | | | 4b | 00 |
| | c: Interest on obligations of the United States . . . . . . . . . . . . . | | 00 | 4c | |
| | d: Other interest income . . . . . . . . . . . . . . . . . . . . . | | 00 | 4d | 00 |
| 5 | Dividend income . . . . . . . . . . . . . . . . . . . . . . . | | 00 | 5 | 00 |
| 6 | Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . | | 00 | 6 | 00 |
| 7 | Net short-term capital gain (loss) (Schedule D, 1120-S) . . . . . . | | 00 | 7 | 00 |
| 8 | Net long-term capital gain (loss) (Schedule D, 1120-S) . . . . . . | | 00 | 8 | 00 |
| 9 | Net gain (loss) under Section 1231 (other than due to casualty or theft) . . | | 00 | 9 | 00 |
| 10 | Other (provide schedule) . . . . . . . . . . . . . . . . . . . | | 00 | 10 | 00 |
| 11 | Total income (add lines 1 through 10) . . . . . . . . . . . . . | | (183,306) 00 | 11 | (183,306) 00 |
| **DEDUCTIONS (LINES 12 THROUGH 17)** | | | | | |
| 12 | Section 179 deduction (provide schedule) . . . . . . . . . . . . | | 00 | 12 | 00 |
| 13 | Contributions . . . . . . . . . . . . . . . . . . . . . . . . | | 808 00 | 13 | 808 00 |
| 14 | Deductions related to portfolio income . . . . . . . . . . . . . | | 00 | 14 | 00 |
| 15 | Intangible drilling costs . . . . . . . . . . . . . . . . . . . | | 00 | 15 | 00 |
| 16 | Other deductions authorized by law (provide schedule) . . . . . . | | 00 | 16 | 00 |
| 17 | Total Deductions (add lines 12 through 16) . . . . . . . . . . . | | 808 00 | 17 | 808 00 |
| **TOTAL (LINE 18)** | | | | | |
| 18 | Net distributable income (line 11 minus line 17) . . . . . . . . . | | (184,114) 00 | 18 | (184,114) 00 |

If Federal and Oklahoma distributable net incomes are the same, please see instructions on page 7 of packet.



2020 Form 512-S - Page 4  **Corporation Income and Franchise Tax**

| Name shown on Form 512-S: MIRAGE INTERNATIONAL INC | FEIN ▆-▆▆▆▆▆ |
|---|---|

**PART 4:** Computation of Oklahoma Taxable Income of a Unitary Enterprise whose Income is Partly within and Partly without Oklahoma

1  Net distributable income from Page 3, Part 3, Column A, line 18 . . . . . . . . . . .  1
2  Add:   (a)  Taxes based on income . . . . . . . . . . . . . . . . . . . . . . 2a
        (b)  Unallowable deduction (provide schedule) . . . . . . . . . . . 2b
        (c)  Other income (provide schedule) . . . . . . . . . . . . . . . 2c
        (d)  Total of lines 2a through 2c . . . . . . . . . . . . . . . . . 2d  2d
3  Deduct all items separately allocated:
        (a)  Interest on obligations of the United States . . . . . . . . 3a
        (b)  _____ . . . . . . . . . . . . . . 3b
        (c)  _____ . . . . . . . . . . . . . . 3c
        (d)  Total of lines 3a through 3c . . . . . . . . . . . . . . . . . 3d  3d
   (Note: Items listed in 2 and 3 above must be net amounts supported by schedules showing source, location, expenses, etc.)
4  Net apportionable income (line 1 plus line 2d, minus line 3d) . . . . . . . . . .  4
5  Oklahoma's portion thereof _____ %, from schedule below . . .  5
6  Add items separately allocated to Oklahoma:
        (a)  _____ . . . . . . . . . . . . . . 6a
        (b)  _____ . . . . . . . . . . . . . . 6b
        (c)  _____ . . . . . . . . . . . . . . 6c
        (d)  _____ . . . . . . . . . . . . . . 6d
        (e)  Total of lines 6a through 6d . . . . . . . . . . . . . . . . . . .  6e
7  Oklahoma net distributable income
        (add lines 5 and 6e; enter here and on Page 3, Part 3, Column B, line 18) . .  7

## APPORTIONMENT FORMULA

| | | Column A<br>Total Within Oklahoma | Column B<br>Total Within and Without Oklahoma | Column C<br>(A divided by B)<br>Percent Within Oklahoma |
|---|---|---|---|---|
| 1 | Value of real and tangible personal property used in the unitary business (by averaging the values at the beginning and ending of the tax period). | | | |
| | (a) Owned property (at original cost): | | | |
| | (i) Inventories . . . . . . . . . . . . . . . . 1ai | | | |
| | (ii) Depreciable property . . . . . . . . . 1aii | | | |
| | (iii) Land . . . . . . . . . . . . . . . . . . 1aiii | | | |
| | (iv) Total of section "a" . . . . . . . . . 1aiv | | | |
| | (b) Rented property (capitalize at 8 times net rental paid) 1b | | | |
| | (c) Total of sections "a" and "b" above . . . . . . . . . | $ | $ | 1c          % |
| 2 | (a) Payroll . . . . . . . . . . . . . . . . . . . . . . 2a | | | |
| | (b) Less: Officer's salaries . . . . . . . . . . . 2b | | | |
| | (c) Total (subtract officer's salaries from payroll) . . . 2c | $ | $ | 2c          % |
| 3 | Sales: | | | |
| | (a) Sales delivered or shipped to Oklahoma purchasers: | | | |
| | (i) Shipped from outside Oklahoma . . . . . 3ai | | | |
| | (ii) Shipped from within Oklahoma . . . . . . 3aii | | | |
| | (b) Sales shipped from Oklahoma to: | | | |
| | (i) The United States Government . . . . . . 3bi | | | |
| | (ii) Purchasers in a state or country where the corporation is not taxable (i.e. under Public Law 86-272) 3bii | | | |
| | (c) Total of sections "a" and "b" . . . . . . . . . . . . | $ | $ | 3c          % |
| 4 | If Revenue, Traffic Units or Miles Traveled is used rather than Sales, indicate here: _____ | | | |
| 5 | Total percent (sum of items 1, 2 and 3) . . . . . . . . . . . . . . . . . . . . 5 | | | % |
| 6 | Average percent (1/3 of total percent) (Carry to Part 4, line 5 above) . . . . . . . . . 6 | | | % |

**Note: Provide a complete copy of your Federal return.**




2020 Form 512-S - Page 5   **Corporation Income Tax**

| Name shown on Form 512-S: | MIRAGE INTERNATIONAL INC | FEIN | ███████ |
|---|---|---|---|

## PART 5: SHAREHOLDERS' PRO RATA SHARE OF INCOME

Enter the information for each shareholder. If there are more than 3 shareholders, use Form 512-S-SUP to enter the additional shareholders. Use as many Forms 512-S-SUP as needed.

|  |  | Shareholder 1 | Shareholder 2 | Shareholder 3 |
|---|---|---|---|---|
| 1 | Name and address of each shareholder    Name: | CHARLES M LAWS |  |  |
|  | Address: | ████████ |  |  |
|  | City, State, ZIP: | ████████ |  |  |
| 2 | SSN or FEIN | ████████ |  |  |
| 3 | Ownership Percentage | 100.000 |  |  |
| 4 | Distributable Federal Income (Part 3, Column A, line 18 times Part 5 line 3) | (184,114) |  |  |
| 5 | Distributable Oklahoma Income (Part 3, Column B, line 18 times Part 5 line 3**) | (184,114) |  |  |
| 6 | Oil and Gas Depletion (Federal) |  |  |  |
| 7 | Oil and Gas Depletion (Oklahoma) |  |  |  |
| 8 | Amount of Credit |  |  |  |
| 9 | Type of Credit |  |  |  |
| 10 | Amount of Withholding |  |  |  |
| 11 | Type of Withholding |  |  |  |

**NONRESIDENT SHAREHOLDER** (IF THE ELECTING PTE BOX IS CHECKED ON PAGE 1, LEAVE LINES 12-14 BLANK AND COMPLETE FORM 587-PTE)

|  |  | Yes  No | Yes  No | Yes  No |
|---|---|---|---|---|
| 12 | Is a signed Form 512-SA provided? If nonresident agreement (Form 512-SA) is NOT provided, the S Corporation will be taxed on the income reported in line 13. | ☐  ☐ | ☐  ☐ | ☐  ☐ |
| 13 | Nonresident Share of Income to Tax if line 12 is NO (enter the distributable Oklahoma income from line 5) |  |  |  |

**TOTAL: NONRESIDENT SHARE OF INCOME TO TAX**

| 14 | Add amounts shown in line 13 above for all Shareholders, and if applicable, from Form 512-S-SUP. Enter here and on Page 1, Part 1, line 1a . . . . . . . . . . . . . . . . . . . . . $ |  |
|---|---|---|

**\*\*NOTE:** The amount shown in Part 3, Column B, line 18, Oklahoma net distributable income, may not be the amount to be entered on the shareholder's Oklahoma income tax return. This amount includes all allowable shareholder's income, losses, and deductions. Some of these items may be limited on the Federal return. If these items are allowed in full or part on your Federal income tax return, they will be allowed to the same extent on your Oklahoma return.

**Notice:** Forms required to compute withholding and credits must be provided with corporate return. Examples of these include: Form 1099 MISC, Form 500A: Nonresident Royalty Withholding, Form 511CR: Other Credits, Form 506: Investment/New Jobs Credit and Form 529: Small Business Guaranty Fee Credit. Schedules or authorization must be furnished.

### Note: Provide a complete copy of your Federal Return.

## PART 6: ADDITIONAL INFORMATION

**Location of Principal Accounting Records**

1832 NW 56TH ST          OKLAHOMA CITY          OK          73118
Address                          City                                    State          Zip

Has the Internal Revenue Service redetermined your tax liability for prior years?  ☐ Yes  ☒ No  What years? _____
Did you file amended returns for the years stated above?  ☐ Yes  ☐ No  ☒ N/A
Has the statute of limitations been extended by consent for any prior years?  ☐ Yes  ☒ No  What years? _____
Business name  MIRAGE INTERNATIONAL INC          Date business began in Oklahoma  12-01-2009

Principal location(s) in Oklahoma  1832 NW 56TH ST OKLAHOMA CITY, OK 73118

**Mail to:  Oklahoma Tax Commission, PO Box 26800, Oklahoma City, Oklahoma 73126-0800**

**Schedule K-1**

**(Form OK 512S)**

**Shareholder's Share of Income, Deductions, Credits, etc.**

**2020**

For calendar year 2020 or tax year beginning          –          , 2020 and ending          –

| Shareholder's identifying number | S Corporation's identifying number |
|---|---|
| ██████-██-████ | ██-███████ |
| Shareholder's name, address, and ZIP code | S Corporation's name, address, and ZIP code |
| CHARLES M LAWS ██████ █████ ████ ███ ████████ | MIRAGE INTERNATIONAL INC 1832 NW 56TH ST OKLAHOMA CITY, OK 73118 |

Shareholder's percentage . . . . . . **100.0000**

☐ Nonresident    ☐ Amended    ☐ Final    Apportionment percentage . . . . . . . . **1.0000**

Shareholder's number of shares owned . . . . . . . . . . . . . . . . . . . . . . . . . . . . **500**

| | | | |
|---|---|---|---|
| 1 | Net distributable income as reported on federal return . . . . . . . . . . . . . . . . . . . . . . . | 1 | (184,114) |
| 2 | Share of Oklahoma net distributive income . . . . . . . . . . . . . . . . . . . . . . . | 2 | (184,114) |
| 3 | If nonresident agreement is NOT attached, enter the amount shown in line 2 . . . . . . . . . . | 3 | |
| 4 | Allowable Oil and Gas Depletion (Federal) . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Allowable Oil and Gas Depletion (Oklahoma) . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| 6 | Shareholder's portion of Oklahoma credit or withholding . . . . . . . . . . . . . . . . . | 6 | |
| 7 | Withholding or type of credit . . . . . . . . . . . . . . . . . . . . . . 7 | | |

1024

OK_K1S.LD



**FRX 200**
Revised 11-2020

# Oklahoma Annual Franchise Tax Return

-Office Use Only-



| A. Taxpayer FEIN | B. Account Number | C. Reporting Period Beginning (MM/DD/YY) | Reporting Period Ending (MM/DD/YY) |
|---|---|---|---|
| ▮▮▮-▮▮▮▮▮ | –– | 07/01/21 | 06/30/22 |

| D. Due Date (MM/DD/YY) | State of Incorporation | G. Amended Return | H. Estimated Return | I. New Address |
|---|---|---|---|---|
| 07/01/21 | X  E. Oklahoma    F. Other | | | |

**Name**
MIRAGE INTERNATIONAL INC

**Adddress**
1832 NW 56TH ST

| City | State or Province | Country | Postal Code |
|---|---|---|---|
| OKLAHOMA CITY | OK | | 73118 |

**J. Balance Sheet Date (MM/DD/YY)**
12-31-20

|  |  | | Dollars | Cents |
|---|---|---|---|---|
| 1. | Total Net Assets in Oklahoma (Balance Sheet: Line 15, Column B) . . . . . . . . . . | 1 | 5,128 | 00 |
| 2. | Total Net Assets (Balance Sheet: Line 15, Column A)<br>If all assets are in Oklahoma, enter "0" . . . . . . . . . | 2 | | 00 |
| 3. | Total Current Liabilities (Balance Sheet: Line 23)<br>**If line 2 is zero, complete line 4. If line 2 is not zero, complete lines 5-11** . . . . . . . . . | 3 | 111,830 | 00 |
| 4. | Capital Employed in Oklahoma (line 1 minus line 3)<br>**Round to next highest $1000. If line 4 is completed, skip to line 12** | 4 | (106,000) | 00 |
| 5. | Total Gross Business Done by Corporation in Oklahoma (Balance Sheet: Line 34) . . . . . | 5 | | 00 |
| 6. | Total Value of Assets and Business Done in Oklahoma (Total of lines 1 and 5) . . . . . . . | 6 | | 00 |
| 7. | Total Gross Business Done by Corporation (Balance Sheet: Line 33) . . . . . . . | 7 | | 00 |
| 8. | Total Value of Assets and Business Done (Total of lines 2 and 7) . . . . . . . | 8 | | 00 |
| 9. | Percentage of Oklahoma Assets (See instructions)<br>Check appropriate Box:  ☐ Option 1   ☐ Option 2 | 9 | | % |
| 10. | Value of Capital Subject to Apportionment (Line 2 minus line 3) . . . . . . . . . . | 10 | | 00 |
| 11. | Capital Apportioned to Oklahoma (Line 10 multiplied by line 9)<br>Round to the next highest $1000 | 11 | | 00 |

|  |  | | Dollars | Cents |
|---|---|---|---|---|
| 12. | Tax (See instructions) . . . . . . . . . . | 12 = | 0 | |
| 13. | Registered Agents Fee ($100.00 - See instructions) . . . . . . | 13 + | | 00 |
| 14. | Interest . . . . . . . . . . | 14 + | | |
| 15. | Penalty . . . . . . . . . . | 15 + | | |
| 16. | Reinstatement Fee ($150.00 - See instructions) . . . . . . | 16 + | | 00 |
| 17. | Previous Estimated Payment . . . . . . . | 17 - | | |
| 18. | **Total Due** (Cannot be less than zero) . . . . . . . . . . | 18 = | | |

Signature: _____     Date: _09/14/2021_

*The information contained in this return and any attachments is true and correct to the best of my knowledge.*

1024




**FRX 200**
Page 2

# Oklahoma Annual Franchise Tax Return
## Schedule A: Current Officer Information
### NOTE: Inclusion of Officers Is Mandatory.

| Taxpayer Name | FEIN | Account Number |
|---|---|---|
| MIRAGE INTERNATIONAL INC | ██-████ | – – |

## Corporate Officers Effective as of _____ Are as Follows:
(Date)

**Example:  Reporting period 07/01/2016 - 06/30/2017-Schedule A date = 06/30/2016**

**Schedule A: Current Officer Information**

Enter the current officers effective date. The officers listed below should be those whose term was in effect as of June 30. Be sure to include names, addresses, and **Social Security Numbers.**  A letter will be sent to all officers listed advising them they have been identified as an officer of the filing corporation. Officers listed in error will be advised to contact the corporation, not the Oklahoma Tax Commission to resolve. Officers may be updated or corrected when filing your annual franchise return via OkTAP.

| 1. First Name | Middle Initial | Last Name | | Social Security Number |
|---|---|---|---|---|
| CHARLES | M | LAWS | | ███-██-████ |
| Home Address (street and number) | | | | Daytime Phone (area code and number) |
| ██ ██ ██ ██ | | | | |
| City | State or Province | Country | Postal Code | Title |
| ██████ ███ | ██ | | ██████ | |

| 2. First Name | Middle Initial | Last Name | | Social Security Number |
|---|---|---|---|---|
| | | | | |
| Home Address (street and number) | | | | Daytime Phone (area code and number) |
| | | | | |
| City | State or Province | Country | Postal Code | Title |
| | | | | |

| 3. First Name | Middle Initial | Last Name | | Social Security Number |
|---|---|---|---|---|
| | | | | |
| Home Address (street and number) | | | | Daytime Phone (area code and number) |
| | | | | |
| City | State or Province | Country | Postal Code | Title |
| | | | | |

| 4. First Name | Middle Initial | Last Name | | Social Security Number |
|---|---|---|---|---|
| | | | | |
| Home Address (street and number) | | | | Daytime Phone (area code and number) |
| | | | | |
| City | State or Province | Country | Postal Code | Title |
| | | | | |

**Please include Social Security Numbers of officers.**

**710:1-3-6. Use of Federal Employer Identification Numbers and other identification numbers mandatory.**
All returns, applications, and forms required to be filed with the Oklahoma Tax Commission (Commission) in the administration of this State's tax laws shall bear the **Federal Employer's Identification Number(s),** the **Taxpayer Identification Number,** and/or other gov - ernment issued identification number of the person, firm, or corporation filing the item and of all persons required by law or agency rule to be named or listed.

**[Source:** Amended at 32 Ok Reg 1330, eff 8-27-15]

**710:1-3-8. Confidentiality of records -** All Federal Employer's Identification and/or Social Security Account Numbers are deemed to be included in the confidential records of the Commission.

1024





## Oklahoma Annual Franchise Tax Return
## Schedule B, C and D

| Taxpayer Name | FEIN |
|---|---|
| MIRAGE INTERNATIONAL INC | ██-█████ |

This page contains Schedules B, C, and D for the completion of Form 200: Oklahoma Annual Franchise Tax Return. Attach additional pages if further space is needed on Schedules C and D.

## Schedule B
## General Information (to be completed in detail)

If the business is not a "corporation," list the type of business structure, the date of formation, and county in which filed.

Name and address of Oklahoma "registered agent"

1832 NW 56TH ST OKLAHOMA CITY, OK 73118

Name of parent company if applicable: _____  FEIN: _____

Percent of outstanding stock owned by the parent company, if applicable: _____ %

In detail, please list the nature of business:   REMEDIATION

· Amount of authorized capital stock or shares:

(a) Common: _____ shares, par/book value of each share   $ _____   $ _____

(b) First Preferred: _____ shares, par/book value of each share   $ _____   $ _____

· Total capital stock or shares issued and outstanding at the end of fiscal year:

(a) Common: _____ shares, par/book value of each share   $ _____   $ _____

(b) First Preferred: _____ shares, par/book value of each share   $ _____   $ _____

## Schedule C
## Related Companies: Subsidiaries and Affiliates

• **subsidiaries** (Companies in which you own 15 percent or more of the outstanding stock)

| Name of Subsidiary | FEIN | Percentage Owned (%) | Financial Investment ($) |
|---|---|---|---|
| | | 0 | 0 |
| | | 0 | 0 |
| | | 0 | 0 |
| | | 0 | 0 |
| | | 0 | 0 |

• **affiliates** (Companies related other than by direct stock ownership)

| Name of Affiliate | FEIN | How related? |
|---|---|---|
| | | |
| | | |
| | | |

## Schedule D
## Details of Current Debt shown on Balance Sheet

| Name of Lender | Original Date of Issuance | Maturity Date | Original Amount of Instrument | Balance remaining of amounts payable within 3 years of Date of Issuance |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1024



FRX 200
Page 4

# Oklahoma Annual Franchise Tax Return

## Balance Sheet

| Taxpayer Name | FEIN | As of the Last Income Tax Year Ended: (MM/DD/YY) |
|---|---|---|
| MIRAGE INTERNATIONAL INC | ██ ██ | 12-31-20 |

This page contains the Balance Sheet which completes Form 200: Oklahoma Annual Franchise Tax Return.

| Assets | Column A — Total Everywhere as per Books of Account. If all Property is in Oklahoma, Do Not Use this Column. | Column B — Total in Oklahoma as per Books of Account. | Liabilities and Stockholder's Equity | Column C — Total Everywhere as per Books of Account. |
|---|---|---|---|---|
| 1. Cash . . . . . . . . . . | | 5 128 | 19. Accounts payable . . . . . | |
| 2. Notes and accounts receivable | | | 20. Accrued payables . . . . . | |
| 3. Inventories . . . . . . . | | | 21. Indebtedness payable three years or less after issuance (see schedule D) . . . . . . | |
| 4. Government obligations and other bonds . . . . . . . | | | | |
| 5. Other current assets (please attach schedule) . . . | | | 22. Other current liabilities . . . | 111 830 |
| 6. Total Current Assets (add lines 1A-5A and 1B-5B) . | | 5 128 | 23. Total Current Liabilities (Lines: 19-22) | 111 830 |
| 7. Mortgage and real estate loans | | | 24. Inter-company payables | |
| 8. Other investments (please attach schedule) . . . | | | (a) To parent company . . . | |
| | | | (b) To subsidiary company . | |
| 9. (a) Building . . . . . . . | | | (c) To affiliated company . . | |
| (b) Less accumulated depreciation . . . . . | | | 25. Indebtedness maturing and payable in more than three years from the date of issuance . . . . . . | |
| 10. (a) Fixed depreciable assets . | | | | |
| (b) Less accumulated depreciation . . . . . | | | 26. Loans from stockholders not payable within three years | |
| 11. (a) Depletable assets . . . . | | | 27. Other liabilities . . . . . . | |
| (b) Less accumulated depletion . . . . . . . | | | 28. Capital Stock | |
| 12. Land . . . . . . . . . . | | | (a) Preferred stock . . . . . | |
| 13. (a) Intangible assets . . . . | | | (b) Common Stock . . . . . | |
| (b) Less accumulated amortization . . . . . . | | | 29. Paid-in or capital surplus (attach reconciliation) . . . | |
| 14. Other assets . . . . . . . | | | 30. Retained earnings . . . . . | (106 702) |
| 15. Net Assets . . . . . . . . (Lines: 6-14) | | 5 128 | 31. Other capital accounts . . . | |
| 16. Inter-company receivables: | | | 32. Total Liabilities and Stockholders' Equity . (Lines: 23-31) | 5 128 |
| (a) From parent company . . | | | | |
| (b) From subsidiary company . | | | 33. Total gross business done everywhere (sales and service) . . . (from income tax return) | 183 572 |
| (c) From affiliated company . . | | | | |
| 17. Bank holding company stock in subsidiary bank . . | | | | |
| 18. TOTAL ASSETS . . . . . . (Lines: 15-17) | | 5 128 | 34. Total gross business done in Oklahoma (sales and service) . . . (from income tax return) | 183 572 |

1024

| **OKEF_ACK** | **Acknowledgement and General Information for Taxpayers Who File Returns Electronically** | **2020** |
|---|---|---|

Name(s) as shown on return

MIRAGE INTERNATIONAL INC

Identification Number

█████ *

Address

1832 NW 56TH ST
OKLAHOMA CITY, OK 73118

**Thank you for participating in IRS e-file.**

1. [X]  Your 2020 state income tax return for _____ was filed electronically.
The electronic filing services were provided by  Steve Landreth, CPA, PLLC .

2. [X]  Your return was accepted on  09-14-2021 using a Personal Identification Number (PIN) as your electronic signature. You entered a PIN or authorized the Electronic Return Originator (ERO) to enter or generate a PIN for you.
The submission ID assigned to this return is ████████████████████ .

**PLEASE DO NOT SEND A PAPER COPY OF THE TAX RETURN TO THE STATE. IF YOU DO, IT WILL DELAY THE PROCESSING OF THE RETURN.**

OKEF_ACK.LD