**Dated: March 24, 2023**

**The following is ORDERED:**





Janice D. Loyd
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

MIRAGE INTERNATIONAL, INC.,

Debtor.

Case No. 23-10499-JDL
(Chapter 11)

## ORDER AUTHORIZING DEBTOR
## TO EMPLOY COUNSEL

COMES NOW before me, the undersigned Judge, the *Motion for Appointment of Attorney Retroactive To The Date of Filing Of The Voluntary Petition And Notice of Opportunity For Hearing* filed March 7, 2023, [Doc. 5] filed by Debtor, Mirage International, Inc. (the "*Motion*"). Counsel represents that the *Motion* was filed on March 7, 2023, and served on all parties in interest pursuant to Local Bankruptcy Rule 9007, and the last date for filing objections was March 21, 2023, which has passed with no objection thereto being filed and served. After reviewing the *Motion* and based on representations of counsel, pursuant to F.R. Bankr. P. 7052 and 2014 and 11 U.S.C. § 327, Debtor should be authorized to retain counsel to represent it and the above-captioned bankruptcy estate for the reasons set forth in the *Motion*, that Blackwood Law Firm, PLLC is well qualified in bankruptcy proceedings, does not hold or represent an interest adverse to the above-captioned bankruptcy estate, is a disinterested party and that an Order should be issued authorizing Debtor, Mirage International, Inc. to employ

Blackwood Law Firm, PLLC for the purposes as set out in the *Motion*. The employment is approved on the terms stated in the *Motion* and counsel's Affidavit attached to the *Motion*; provided, however, that compensation and reimbursement of expenses shall be paid only in such amounts as this Court may hereafter allow pursuant to 11 U.S.C. §§ 330 and 331 upon due application, notice and hearing. All findings of fact are based upon representations of counsel.

**IT IS SO ORDERED.**

##

APPROVED:

| | |
|---|---|
| /s/ Amanda R. Blackwood | /s/ Jeffrey E. Tate |
| Amanda R. Blackwood, #33839 | Jeffrey E. Tate, OBA#17150 |
| BLACKWOOD LAW FIRM, PLLC | Office of the United States Trustee |
| 512 NW 12th Street | 215 Dean A. McGee, 4th Floor |
| Oklahoma City, OK 73103 | Oklahoma City, Oklahoma |
| 405.232.6357 Telephone | 405.231.5961 Telephone |
| 405.378.4466 Facsimile | 405.231.5958 Facsimile |
| amanda@blackwoodlawfirm.com Email | jeff.tate@usdoj.gov Email |
| **PROPOSED ATTORNEY FOR DEBTOR** | |